# MEMORANDUM

DATE: *Feb 10, 2005*

TO:     Courtroom Clerk for Judge *Woodlock*

and Magistrate Judge *Alexander*

FROM:  Sheila A Diskes

SUBJECT:   Assignment of New Indictment/Information  (Superseding ____ )[1]

---

Please be advised that the following indictment/information returned or filed on _____ _____ has been assigned/referred to you.

Criminal No. *04- 10363-DPW* U.S.A. v. *W. Stanley*

____  This INDICTMENT/INFORMATION is SEALED.  The original file and copies will be maintained under seal until requested or retrieved.

____  This INDICTMENT/INFORMATION is not sealed.  The original file will be forwarded to _____ _____ upon completion of case opening.  A copy of the indictment/information is attached for your information.

cc:     AUSA _____

(newindic.mem - 08/96)

---

[1]  **Note:**

1.    **Please check defendant order if this case is superseding.  The defendant order does not, and WILL NOT, be changed from that in the original case.**

2.    **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 04-CR-10363-DPW |
| | ) |
| 1.  WILLIAM STANLEY | ) VIOLATIONS: |
| 2.  JOHN MANNING, | ) |
| 3.  FELIX PARRA-GASTELOM, | ) 21 U.S.C. § 846 – |
| 4.  JOSE LUIS ARELLANO, | ) Conspiracy to Distribute Marijuana |
| 5.  ANTHONY SAUNDERS, a.k.a. ANTHONY | ) |
|     LUCENTE, a.k.a. "Big T" | ) 21 U.S.C. § 841(a)(1) – |
| 6.  RICHARD ADAMS, | ) Possession with Intent to Distribute |
| 7.  KEVIN MCIVER, | ) Marijuana |
| 8.  FREDERICK PIDGE | ) |
| 9.  LEON ROMPREY, | ) 21 U.S.C. § 856(a) – |
| 10. SANDRA SAUNDERS, a.k.a. SANDRA | ) Maintaining Drug-Involved |
|     LUCENTE a.k.a. SANDRA ROMPREY, | ) Premises |
| | ) |
|     Defendants. | ) 18 U.S.C. § 2 – |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 853 – |
| | ) Criminal Forfeiture  Allegation |
| | ) |
| | ) |

## SUPERSEDING INDICTMENT

**COUNT ONE:**     **(21 U.S.C. § 846 -- Conspiracy to Distribute Marijuana)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about October 2004 and

continuing to on or about November 8, 2004, at Somerville, Billerica and elsewhere in the

District of Massachusetts, at Laredo, in the Southern District of Texas, and elsewhere,

          1.     **WILLIAM STANLEY**
          2.     **JOHN MANNING,**
          3.     **FELIX PARRA-GASTELOM,**
          4.     **JOSE LUIS ARELLANO,**

-1-

5.  **ANTHONY SAUNDERS, a.k.a.**
    **ANTHONY LUCENTE, a.k.a. "Big T"**
6.  **RICHARD ADAMS,**
7.  **KEVIN MCIVER,**
8.  **FREDERICK PIDGE,**
9.  **LEON ROMPREY,**
10. **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a.**
    **SANDRA ROMPREY,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with

each other and with other persons, unknown to the Grand Jury, to possess with intent to distribute

and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least 100 kilograms of a

mixture and substance containing a detectable amount of marijuana, a Schedule I controlled

substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this

Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1) – Possession of Marijuana With Intent to Distribute; 18 U.S.C. § 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 8, 2004, at Billerica and Somerville, in the District of Massachusetts,

| | |
|---|---|
| 1. | **WILLIAM STANLEY** |
| 2. | **JOHN MANNING,** |
| 3. | **FELIX PARRA-GASTELOM,** |
| 5. | **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"** |
| 6. | **RICHARD ADAMS,** |
| 7. | **KEVIN MCIVER,** |
| 8. | **FREDERICK PIDGE,** |
| 9. | **LEON ROMPREY,** |
| 10. | **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,** |

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

It is further alleged that this offense involved at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

**COUNT THREE:**     (21 U.S.C. § 856(a)(2)  – **Maintaining Drug Involved Premises**)

The Grand Jury further charges that:

In or about November 2004, in Billerica, in the District of Massachusetts, while managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road in Billerica,  as an owner, employee and agent,

## KEVIN MCIVER,

defendant herein, knowingly and intentionally made available for use such place for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(2).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts I, II, and III of this Indictment, the

defendants,

> 1. **WILLIAM STANLEY**
> 2. **JOHN MANNING,**
> 3. **FELIX PARRA-GASTELOM,**
> 4. **JOSE LUIS ARELLANO,**
> 5. **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"**
> 6. **RICHARD ADAMS,**
> 7. **KEVIN MCIVER,**
> 8. **FREDERICK PIDGE,**
> 9. **LEON ROMPREY,**
> 10. **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations, including without limitation:

> (a)    the real property and buildings located at 239 Rangeway Road, Billerica, Massachusetts, having a deed recorded at the Southern Middlesex County Registry of Deed, Book 173, Page 63, currently owned by **KEVIN MCIVER;**
>
> (b)    one white 1999 Ford Econovan, bearing VIN 1FTRE1420XHA06080 and Massachusetts registration number US30RG, currently owned by **SANDRA SAUNDERS**; and
>
> (c)    one brown 2002 Ford Taurus, bearing VIN 1FAFP56SC2A115574 and Massachusetts registration number 62DV40, currently owned by **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"**.

2.    If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                     February 10, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk

2/10/05
1: 15pm.

-7-

**Criminal Case Cover Sheet**                                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II_____    Investigating Agency __ICE_____

City __Billerica_____    **Related Case Information:**

County __Middlesex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10363-DPW__
                                        Same Defendant ____X_____    New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Stanley_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1961__    SSN (last 4 #): __9891__    Sex __M__    Race: __w_____    Nationality: __USA_____

**Defense Counsel if known:**    __Michael D. Brennan_____    Address: _392 Union Avenue Framingham, MA_

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue_____    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes    ☐ No

    ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: __November 8, 2004_____

☒ Already in Federal Custody as __11/8/04_____ in __USMS_____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __Feb 10 05_____    Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** _John Manning_ _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. __II_____  Investigating Agency __ICE_____

City __Billerica_____  **Related Case Information:**

County __Middlesex_____  Superseding Ind./ Inf. __X_____  Case No. __04-10363 DPW__
Same Defendant __x_____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Manning_____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1963___ SSN (last 4 #): __7637_ Sex __M_ Race: __w_____  Nationality: __USA_____

Defense Counsel if known: __Timothy P. Flaherty_____  Address: __43 Bowdoin Street 02114_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue_____  Bar Number if applicable _____

Interpreter:  ☐ Yes ☒ No      **List language and/or dialect:** _____

Matter to be SEALED:  ☒ Yes  ☐ No

☐ **Warrant Requested**      ☒ **Regular Process**      ☐ **In Custody**

**Location Status:**

Arrest Date: __November 8, 2004_____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __USMJ Alexander_____  on __Nov. 15, 2004__

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __Feb 10 2005__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John Manning _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 Category No. __II__          **Investigating Agency** __ICE__

**City** __Billerica__               **Related Case Information:**

**County** __Middlesex__             Superseding Ind./ Inf. __X__          Case No. __04-CR-10363-DPW__
                                     Same Defendant _____          New Defendant __x__
                                     Magistrate Judge Case Number     __04-00284– JLA__
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sandra Saunders__                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __Rumney, NH__

Birth date: __1945__     SS#: __1791__     Sex: __F__   Race: __W__          Nationali __USA__

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    **Bar Number if applicable** _____

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: __December 2004   12/20/04__

☒ Already in Federal Custody as   __per Hon. JL Alexander__  12/20/04   in   __USMS custody__          .
☐ Already in State Custody _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felon  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **February 10, 2005**          **Signature of AUSA:** _____

District Court Case Number  (To be filled in by deputy       _____

Name of Defendant    <u>Sandra Saunders</u>_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No.  **II**            Investigating Agency  **ICE**

City  **Billerica**                  Related Case Information:

County  **Middlesex**               Superseding Ind./ Inf.  **X**          Case No.  __04-CR-10363-DPW__
                                     Same _____  New  __x__
                                     Magistrate Judge Case Number  **04-284-JLA**
                                     Search Warrant Case _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant  **Leon Romprey**                          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  **Rumney NH**

Birth  **1942**    SS#: **1753**    Sex: **M**   Race:  **w**            Nationality  **USA**

Defense Counsel if known:  **James Krasnoo**          Address:  **23 Main Street, Andover**

Bar Number: _____

**U.S. Attorney Information:**

AUSA  **Nancy Rue**                     Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes  ☐ No

     ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:  **December 2004** *12/20/04*

☒ Already in Federal Custody as   **per Hon JL Alexander** *12/20/04*  in  **USMS custody**  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint      ☐ Information       ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  *2*

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  **February 10, 2005**          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Leon Romprey _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** ICE

**City** Billerica      **Related Case Information:**

**County** Middlesex      **Superseding Ind./ Inf.** x      **Case No.** 04-10363-dpw
     **Same** _____ **New** x
     **Magistrate Judge Case Number** 04-00284– JLA
     **Search Warrant Case**
     **R 20/R 40 from District of**

**Defendant Information:**

**Defendant** Richard Adams      **Juvenile** ☐ Yes ☒ No

**Alias Name**

**Address** Revere, MA

**Birth** 1953    **SS#:** 1909    **Sex:** M   **Race:** w    **Nationality** USA

**Defense Counsel if known:** Stephen J. Weymouth    **Address:** 65a Atlantic Ave #3
     Boston 02110

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Nancy Rue      **Bar Number if applicable**

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:**

**Matter to be SEALED:** ☒ Yes ☐ No

     ☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** December 2004   12/20/04

☒ Already in Federal Custody as   per Hon. JL Alexander   12/20/04   in   USMS custody .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   **Ordered by** _____ **on**

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty \_\_\_\_\_ ☐ Misdemeanor \_\_\_\_\_ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 10, 2005      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Richard Adams _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to Distribute Marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__        Category No. __II__        Investigating Agency __ICE__

City __Billerica__                    Related Case Information:

County __Middlesex__        Superseding Ind./ Inf. __X__                Case No. __04-10363-dpw__
                            Same Defendant _____ New _____ __X__
                            Magistrate Judge Case Number __04-M-274 JLA__
                            Search Warrant Case _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant __FELIX PARRA-GASTELOM__            Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1962__  SSN (last 4 #): _____  Sex __M__  Race: __Hispanic__  Nationality __Mexican__

Defense Counsel if known: __Peter Krupp__        Address: __One McKinley Sq Boston__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter: ☒ Yes  ☐ No        List language and/or dialect: __Spanish__

Matter to be SEALED:  ☒ Yes  ☐ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: __December 2004__ __12/16/04__

☒ Already in Federal Custody as __12/16/04__     in __USMS__ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint        ☐ Information        ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☐ 2 Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __10 Feb 05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    FELIX PARRA-GASTELOM _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  <u>Billerica</u>      Category No.  <u>II</u>      Investigating Agency  <u>ICE</u>

City  <u>Billerica</u>      Related Case Information:

County  <u>Middlesex</u>      Superseding Ind./ Inf. _____    Case No.  <u>04 - 10363 - DPW</u>
Same Defendant _____    New    <u>X</u>
Magistrate Judge Case Number  <u>04-M-274 JLA</u>
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant    <u>JOSE LUIS ARELLANO</u>                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only):  <u>1955</u>  SSN (last 4 #): _____  Sex <u>M</u>  Race:  <u>Hispanic</u>    Nationality <u>Mexican</u>

Defense Counsel if known:    <u>Andrew M. DeAngelo</u>      Address:  <u>20 Park Plaza, Boston 02116</u>

Bar Number: _____

**U.S. Attorney Information:**

AUSA  <u>Nancy Rue</u>              Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect:    <u>Spanish</u>

Matter to be SEALED:  ☒ Yes  ☐ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date:  <u>December 2004</u>  <u>12/16/04</u>

☒ Already in Federal Custody as  <u>12/16/04</u>      in  <u>USMS</u> .
☐ Already in State Custody _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  <u>10 Feb 05</u>      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE LUIS ARELLANO _____

U.S.C. Citations

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| Place of Offense: | Category No. __II__   Investigating Agency __ICE__ |

**City** __Billerica__                    **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__          Case No. __04-CR-10363-DPW__
Same _____ **New** _____ __x__
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant** __Kevin McIver__          **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** _____

**Birth** __1963__   **SS#:** __3409__   **Sex:** __M__   **Race:** __W__   **National** __USA__

**Defense Counsel if known:** __Tom Butters__   **Address:** __One Exeter Plaza, Boston__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Nancy Rue__          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested**     ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felon __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 10, 2005          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Kevin McIver _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3  21 USC 856(a)(2) | maintaining drug involved premises | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No. __II__         Investigating Agency  __ICE__

City  __Billerica__                  Related Case Information:

County  __Middlesex__                Superseding Ind./ Inf.  __X__         Case No.  __04-CR-10363-DPW__
                                     Same _____  New ____ x ____
                                     Magistrate Judge Case Number  _____
                                     Search Warrant Case  _____
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant  __Frederick Pidge__                    Juvenile  ☐ Yes   ☒ No

Alias Name  _____

Address  __Billerica MA__

Birth  __1951__   SS#:  __0448__   Sex: __M__   Race:  __w__         Nationality  __USA__

Defense Counsel if known:  __Bernard Grossberg__      Address:  __99 Summer St #1800__

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  __Nancy Rue__                    Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No         List language and/or dialect:  _____

Matter to be SEALED:  ☒ Yes  ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

Location Status:

Arrest Date:  _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  February 10, 2005        Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant    Frederick Pidge

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:

JS45.rompreysaundersadams.wpd - 3/13/02

◆ JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| Place of Offense: | Category No. __II__    Investigating Agency  __ICE__ |
| City  __Billerica__ | Related Case Information: |
| County  __Middlesex__ | Superseding Ind./ Inf. _____  Case No.  __04-10363-dpw__ |

Same _____  New _____  __x_____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Anthony Saunders__    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  __West Newton, MA__

Birth  __1964__    SS#: __2025__    Sex: __M__    Race: __w__    Nationality __USA__

Defense Counsel if known:  __Robert Jubinville__    Address: __487 Adams St Milton__

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Nancy Rue__    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  February 10, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy    _____

Name of Defendant    _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841 | Possession with intent to distribute | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02