AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FREDERICK PIDGE

## WARRANT FOR ARREST

CASE NUMBER: 04-10363-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FREDERICK PIDGE**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspiring to possess with intent to distribute marijuana, a Schedule I controlled substance, and knowingly and intentionally possessing with intent to distribute marijuana, a Schedule I controlled substance

*RECEIVED 2005 FEB 10 PM 2:01 U.S. MARSHAL SERVICE BOSTON, MA*



in violation of Title        United States Code, Section(s) 846 and 841(a)(1)

Name of Issuing Officer

Signature of Issuing Officer        Title of Issuing Officer  Supervisor

02-10-2005    Boston, MA
Date and Location

Bail fixed at $ _____    by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY ICE NEW ARREST/RE-ARRAIGNMENT OF THE DEFENDANT ON  2/23/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.