AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

KEVIN MCIVER

**WARRANT FOR ARREST**

CASE NUMBER: 04-10363-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  KEVIN MCIVER
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspiring to possess with intent to distribute marijuana, a Schedule I controlled substance; knowingly and intentionally possessing with intent to distribute marijuana, a Schedule I controlled substance; and managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road, Billerica, and knowingly and intentionally making such place available for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

in violation of Title  United States Code, Section(s)  846, 841(a)(1), and 856(a)(2)

Sheila
Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

02-10-2005   Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER
DEFENDANT ON

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                         WEIGHT:

SEX:                                            RACE:

HAIR:                                           EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: