AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

CHARLES CARRINGTON

**WARRANT FOR ARREST**

Case Number: 97-10104-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __CHARLES CARRINGTON__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

Violation of condition: defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance

in violation of _____18_____ United States Code, Section(s) _____

Douglas P. Woodlock                      United States District Judge
Name of Issuing Officer                  Title of Issuing Officer

/s/ Douglas P. Woodlock                  1/18/05 at Boston, Massachusetts
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY USMS PICK UP & return by
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/18/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JAN 19 A 9: 40