UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 28  A 9:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

| UNITED STATES OF AMERICA | - | |
| Criminal No. | - | Docket No. |
| | - | 04-CR-10363-DPW |
| v. | - | |
| | - | |
| FREDERICK I. PIDGE | - | |
| | - | |

---

### DEFENDANT FREDERICK PIDGE'S PROPOSED RELEASE CONDITIONS

The defendant, Frederick Pidge, in the above-numbered matter proposes that pursuant to 18 U.S.C. §3142(c)(B) he be released pending trial on the following conditions:

(1) Remain in the custody of a third party custodian; who agrees to assume supervision and to report any violation of a release condition to the Court and who is able to reasonably assure the Court that the defendant will appear as required and will not pose a danger to the safety of any other person or the community. The custodian shall be the defendant's wife, Helen Rose Mastroianni, D.O.B. 6/3/58, S.S. No. 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, who resides at 8 Colonial Drive, Billerica, MA 01821. Ms. Mastroianni is employed by Bennet Mortgage & Investment Company, Inc. as a Senior Loan Originator and has been so employed by that company for past 4 years. Her work address is as follows: 130 Rumford Avenue, Newton, MA 02466, (617) 964-6070. Ms. Matroianni will also post her home, as well as two other houses which she owns, to secure the

defendant's release as described in paragraph 12 infra. Moreover, Ms. Mastroianni will assure this Court that she will fully monitor the defendant's compliance with any and all release conditions and should the defendant violate any imposed condition in any regard, she will so notify Pretrial Services

(2) The defendant shall remain in home confinement pending trial at his home at 8 Colonial Drive, Billerica, MA 01821. The only other person who may reside in that home is the defendant's wife, said Helen Rose Matroianni. The defendant's home confinement shall be subject to electronic monitoring at his expense. The defendant may only leave his home for the following purposes: appearances before this Court; reporting to Pretrial Services and/or the Probation Department of this Court; reasonable visits to his attorney's office, Bernard Grossberg, Esq., at Suite 1800, 99 Summer Street, Boston, MA 02110, (617-737-8558); necessary medical appointments. For any and all absences from his home, the defendant shall first request and obtain permission to do so from Pretrial Services. During all such absences from his home, the defendant will telephone Pretrial Services at intervals of no less than three (3) hours to report his location and be subject to a return telephone call.

(3) The defendant shall report to Pretrial Services in person two (2) times per week and by telephone three (3) times per week.

(4) The defendant shall have no contact with co-defendants in the case except during joint meetings of defendants with their respective

counsel to prepare for trial.

(5) The defendant shall have no contact with potential witnesses in the case upon such witnesses being designated by the government.

(6) The defendants shall surrender his passport to Pretrial Services and he shall not seek to obtain another passport.

(7) The defendant shall not possess a firearm or other dangerous weapon.

(8) The defendant shall refrain from all use of alcohol and other controlled substances and he shall be subject to random drug testing. A list of any and all prescribed medication for the defendant and his wife, the said Helen Rose Matrioanni, shall be provided to Pretrial Services.

(9) The defendant shall execute an unsecured appearance bond in the amount of $250,000.

(10) Third party custodian Helen Rose Mastrioanni shall execute an unsecured appearance bond in the amount of $250,000.

(11) Third party custodian Helen Rose Matrioanni shall execute an agreement and forfeit upon the defendant's failing to appear as required, the following real estate, in order to assure the appearance of the defendant as required before this Court:

   1.   **8 Colonial Drive, Billerica, MA  01821**

        a one (1) family house, with an appraised value of
        approximately $600,000 and an outstanding mortgage in
        the approximate amount of $440,000 and a second
        mortgage in the approximate amount of $40,000. There is
        approximately $120,000 of equity in the said property.

2. **61-63 Newell Street, Newton, MA  02466**

a two (2) family house, with an appraised value of $750,000 and an outstanding mortgage in the approximate amount of $420,000. There is approximately $330,000 of equity in the said property (the home is fully rented with an income of $3,200 per month).

3. **11 Perry Road, Newton, MA  02466**

a two (2) family house, with an appraised value of approximately $750,000 and an outstanding mortgage in the approximate amount of $500,000 and a second mortgage in the approximate amount of $120,000. There is approximately $130,000 of equity in the said property (the home is fully rented with an income of $3,300 per month).

Ms. Mastrioanni shall provide the Court with proof of ownership and the value of the property with documentation as to the outstanding mortgages, as well as, her most recent tax bills, present full appraisals with comparative values and a full title search for the past fifty (50) years for each property and any other such documentation required by the Court.

(12)  The defendant's home at 8 Colonial Driver, Billerica, MA shall be subject to random search by Pretrial Services without further authorization other than an agreement executed by the defendant and his wife Helen Rose Mastrioanni agreeing to and otherwise authorizing such random searches.

(13)  The standard conditions of release.

(14)  The defendant satisfy any other conditions that are reasonably necessary to assure his appearance as required and to assure the safety of any other persons and the community.

Respectfully submitted
By his attorney,

*[signature]*

Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8558
B.B.O. No. 212900

## CERTIFICATE OF SERVICE

I, Bernard Grossberg, Esq., hereby certify that on February 28, 2005, I served a true copy of Defendant Frederick I. Pidge's Proposed Release Conditions upon Assistant United States Attorney Nancy Rue, by hand delivering same to the Office of the United States Attorney, U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

*[signature]*

Bernard Grossberg