UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 04-cr-10363 DPW

SANDRA SAUNDERS

### MOTION FOR PRE-PLEA PRESENTENCE REPORT

Now comes the defendant in the above captioned matter, by her attorney, and moves this Honorable Court to order the preparation of a probation "presentence" report prior to her entry of a plea in this matter.  As reason therefore, the defendant states that she is unsure as to how the probation department will categorize her sentencing guideline range, based upon the government's version of the offense, probation's determination of the drug quantity that she is accountable for, her criminal history category, and probation's own research.

Respectfully Submitted,

/s/ MELVIN NORRIS
Melvin Norris    MA BBO# 393700
Suite 9, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated:          October 26, 2005