UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
    v.                              )    Case No. 04-10363-DPW
LEON ROMPREY   and            )
SANDRA SAUNDERS              )
    Defendants.                     )

**ASSENTED TO**
**MOTION FOR CONTINUANCE OF PRE-PLEA PSR DEADLINES**

The government hereby respectfully moves, with the assent of counsel for Defendants Romprey and Sandra Saunders, for a continuance of the due date for the pre-plea PreSentence Investigation reports for Leon Romprey and Sandra Saunders to December 22, 2005.

In support thereof, the government notes that the government has received discovery requests from certain defendants, and that additional information may be available for the PSR that is not currently available. A hearing on any discovery motions has been set for December 16, 2005 and the final status conference is scheduled for that date. Accordingly, continuance of the deadlines for the pre-plea PSRs for these defendants would allow the probation officer and the defendants to have access to any additional information that may be forthcoming prior to the completion of the report.

The government has conferred with the assigned probation officer as well as with the counsel for defendants Romprey and Sandra Saunders and each person assents to this request.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                By:    /s/ Nancy Rue
                        Nancy Rue
                        Assistant U.S. Attorney