UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10363-DPW

UNITED STATES OF AMERICA

v.

William Stanley, et al.

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On October 6, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are not features of case that deserve special attention or modification of the standard schedule.

2. The government asserts that discovery is complete as far as items required under the local rules at this time, but the government has rejected certain requests as outside the scope of discovery under the rules. It may be possible for the parties to come to an accommodation regarding one or more items.

3. Supplemental discovery anticipated:
The government anticipates that it will provide additional reports regarding statements of witnesses

4. (a) Total amount of time ordered excluded under the Speedy Trial Act

All dates prior to May 20 were excluded pursuant to (h)(1)(F) or (J) because pre-trial motions were pending. Dates from April 13 to June 14 were excluded by Order of the Court and agreement of the parties at the initial status conference. Accordingly, all time thus far has been excluded.

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence:
       70 days

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act

5. (a) The defendant does/does not intend to raise a defense of insanity.
   (b) The defendant does/does not intend to raise a defense of public authority.

6. The Government has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

1

_____
_____

(b) Briefing schedule established

_____
_____
_____
_____
_____
_____

8.  Need for schedule concerning any matter in the case other than trial _____

_____
_____
_____
_____
_____

9.  Possibility of early resolution of case without trial:

The government is currently in discussion with multiple parties regarding resolution without trial.  The parties have been unable to resolve this issue at this time because the government asserts that the parties should be held responsible for additional weight beyond the single load seized on November 8, 2004.  While this is a sentencing issue, parties have asserted – and the government acknowledges – that it is difficult for a party to make an informed decision regarding a plea without additional information regarding the facts likely to be proven at sentencing regarding weight.

The government asserts that a continuance of the final status conference of approximately 4 weeks would allow the government to provide additional information regarding certain of these issues.

10.  Trial  is / is not  necessary.  Estimated duration of trial

The government estimates that a trial of this matter would take approximately two weeks.

11.  Other matters

_____

IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date _____

2

Deputy Clerk

3