UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. *04-10363-Dfle*

UNITED STATES OF AMERICA

v.

William Stanley, et al.

FILED
In Open Court
USDC, Mass.
Date 12/16/05
By [signature]
Deputy Clerk

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On Dec. 16, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule _____

_____
_____
_____
_____
_____

2. (a) Discovery status and pending motions ___ pending discovery motions to be resolved today Es Pidge, 1 Ramsay _____

_____
_____
_____
_____

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete

_____ None _____
_____
_____

3. Supplemental discovery anticipated ___ as appropriate. None is known at this time, ___ except the normal 21 day discovery, but the govt is mindful of its duty to supplement. ___

_____
_____

4. (a) Total amount of time ordered excluded under the Speedy Trial Act ___ All time from indictment has been excluded

1

either by motions pending or by agreement of the parties

(b) Amount of time remaining under the Speedy Trial Act before trial must commence _____ 70 days

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act _____

_____
_____
_____.

5. (a) The defendant does / does not intend to raise a defense of insanity.
   (b) The defendant does / does not intend to raise a defense of public authority.

6. The Government has / has not requested notice of alibi by the defendant. If notice has been requested, the defendant has / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

_____ Motions to suppress evidence and
_____ statements are expected.
_____
_____
_____
_____.

(b) Briefing schedule established _____
_____
_____
_____
_____.

8. Need for schedule concerning any matter in the case other than trial _____
_____
_____
_____
_____.

9. Possibility of early resolution of case without trial _____ some defendants are likely to
_____ plead but it is expected that at least one defendant
_____ will go to trial
_____.

10. Trial is / is not necessary. Estimated duration of trial
_____ Not more than 10 trial days)
_____
_____.

11. Other matters _____
_____

_____
_____
_____
_____.

IT IS HEREBY ORDERED THAT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

By the Court,

Date_____

_____
Deputy Clerk