```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    v.                                        CRIMINAL NO.
                                           04-10363-DPW
WILLIAM STANLEY ET AL.


### SCHEDULING ORDER AND NOTICE OF TRIAL DATE

WOODLOCK, District Judge

    After an initial pretrial conference held on January 23, 2006, the following Order is hereby set:

1. A pretrial conference is set for **JUNE 29, 2006 AT 3:30 P.M.** in Courtroom 1 before Judge Douglas P. Woodlock.

2. A 2 week jury trial is set for **JULY 10, 2006 AT 9:00 A.M.** in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock. Trial will continue day on a 9 to 1 schedule until deliberations.

3. In preparation for trial, it is hereby ORDERED that: Unless otherwise ordered, but by no later than **JUNE 15, 2006**, counsel for the government and defense shall:

    A. Exchange proposed written stipulations of fact in a form suitable for presentation to the jury.

    B. File electronically (2 courtesy copies to Deputy Clerk):

        (1) All proposed questions each requests the Court to direct to the jury panel during voir dire examination.

        (2) A Trial Brief addressing anticipated disputes concerning evidentiary issues and other matters of law unless a different date has been specified.

        (3) Proposed Jury Instructions with

        citations to supporting authority.

    (4) Any motions in limine.

4. No later than the first day of trial and before impaneling the jury, the government shall submit to the Court in triplicate, with additional copies for defense counsel, a list of its witnesses, including their residences or institutional address, and the name of the case agent, if any, who is to sit at government counsel table. Defendant(s) shall submit a list of prospective alibi witnesses and any other witnesses the defendant(s) wish brought to the attention of the jury during voir dire, identified by city or town of residence or by the institutional address.

5. All parties shall, prior to the commencement of trial, mark for identification purposes all proposed exhibits and materials intended to be used as offered during trial.  On the first day of trial each party shall file copies and shall file, in triplicate, a listing of such proposed exhibits. Such exhibits should be pre-marked in a numerical sequence and labeled either "Government Exhibit" or "Defendant Exhibit".

6. Parties shall contact the deputy clerk to arrange for training and testing of the electronic evidence presentation system available in the courtroom.

7. Counsel are advised of the Court's "5 minute-rule", which requires that during jury deliberations, counsel may leave the courtroom, but must appear in court within 5 minutes of a call from the deputy clerk, in order to respond to any jury question or for the return of a verdict. Defense counsel are encouraged, but not required, to bring a cellular telephone with them during jury deliberations, should they desire to leave the courtroom to use the library or the cafeteria, or go to some other location within a 5 minute radius.

                                      BY THE COURT

                                      /s/ Michelle Rynne
                                      Deputy Clerk

Date:  April 13, 2006

USE THIS FORMAT FOR PREPARATION OF EXHIBIT LIST:

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

SAMPLE EXHIBIT LIST

(Third, Fourth, Sixth and Seventh Columns
and bracketed material to be completed at trial)

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Plaintiff | 1 | yes | yes | MGH Hospital Record dated 8/5/98 | John Jones | 10/10/98 |
| Defendant | 2 | yes | yes | Boston Police Report dated 8/5/98 | Officer John Smith | 10/11/98 |
| Plaintiff | 3A | yes | yes | 3x5 photo of Plaintiff showing injuries | Plaintiff | 10/11/98 |
| Plaintiff | 3B | yes | yes | 4x6 photo scene of accident | Plaintiff | 10/11/98 |