UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    v.                          )    Criminal No. 04-10363 -DPW
SANDRA SAUNDERS             )

**INFORMATION FILED PURSUANT TO 21 U.S.C. § 851 REGARDING**
**PRIOR FELONY DRUG CONVICTION OF DEFENDANT SANDRA SAUNDERS**

**COUNT ONE:**    (Title 21, United States Code, Section 851 – Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about August 14, 1992, Sandra Saunders was convicted in the Greene County Circuit Court in Missouri of possession of marijuana in excess of 35 grams, a Class C felony, in Docket Number Cr 491-477FX-3.

2. Sandra Saunders has been named as a defendant in an Indictment numbered 04-10363-DPW.

3. By way of this information, the government notifies defendant Saunders that she is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Nancy Rue
      NANCY RUE
      Assistant U.S. Attorney

Dated: June 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Nancy Rue
Nancy Rue
Assistant United States Attorney

Date:  June 8, 2006