①

Dear Judge P. Woodlock,

My name is Sandra Saunders and I'm sorry to bother you with all of this. I will be taken before you soon. You are very busy and I realize I'm just another number. If I could just say that I want to plead guilty and I thought I was pleading to 5 years. I can't trust my lawyer to defend me and he sent me a copy of another trial of course he deleted names so that I wouldn't know them. to prove to me that he will defend me. They have told me since about Feb. of 06 that I'm looking at 5 years if I agree to plead so I did. Now they tell me they want 10 years. OK. You see they want me to tell them something about my son. I told them my son is a good man he is 43 years old and has not lived with me since he was 19 years old. Your honor if you have children you know that even when there in there teens they start not telling you things. I feel as though

I'm being blackmailed in some way. They didn't say when they asked me to plea that if I don't help them they will give me Ten 10 years? I'm very confused about all of it. What I do know is I'm a wife and a mother of 4 wonderful children also a grandmother. I have worked hard all my life as you can see there should be 16 pages of letters regarding my work. I have failed to be at

June 18th 05 → my Daughters wedding 1st marriage ever
May 10th 06 My Daughter had surgery for Cancer and I was not there to hug her or help her. I regret my action more than you know and you can't punish me anymore than I have been. If it will be 5-10-life can you just sentence me sir and we can get on with our lives. Please I have to trust you sir if you will sentence me fairly I would appreciate it.

I'm very tired of all the paper work and all the differences of

Thank You
Inmate Saunders