UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          04-cr-10363 DPW

SANDRA SAUNDERS

**DEFENDANT'S MOTION TO STRIKE NOTICE
OF INTENT TO USE PRIOR CONVICTION UNDER 21 U.S.C. 851
AND REQUEST FOR HEARING**

Now comes the defendant, by counsel, and requests this Honorable Court to strike the Government's Notice of Intent to use Prior Conviction under 18 U.S.C. 851. As reason therefore, defendant assigns the following:

1. The defendant was arrested for possession of marijuana with intent to distribute, among other charges.

2. The defendant has a 15 year old conviction for possession of marijuana.

3. The defendant's prior charge was noted in the preliminary presentence report.

4. That initial presentence report was not objected to by the government.

5. By failing to object before the final presentence report was issued, the government should be deemed to have waived its ability to file the § 851 Notice.

WHEREFORE, for the reasons set forth above, the defendant requests that this Court strike the 851 Notice and rule that the prior conviction is inadmissible in the trial.

Respectfully Submitted,

Date:   June 23, 2006                         /s/ MELVIN NORRIS
                                              Melvin Norris
                                              260 Boston Post Road
                                              Wayland, MA 01778
                                              (508) 358-3305
                                              BBO# 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS