## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Criminal No. 04-CR-10363-DPW |
| | ) |
| **5.  ANTHONY SAUNDERS, a.k.a. ANTHONY** | ) VIOLATIONS: |
| **LUCENTE, a.k.a. "Big T"** | ) |
| **7.  KEVIN MCIVER,** | ) 21 U.S.C. § 846 -- |
| **8.  FREDERICK PIDGE and** | ) Conspiracy to Distribute Marijuana |
| **10. SANDRA SAUNDERS, a.k.a. SANDRA** | ) |
| **LUCENTE a.k.a. SANDRA ROMPREY,** | ) 21 U.S.C. § 841(a)(1) -- |
| | ) Possession with Intent to Distribute |
| **Defendants.** | ) Marijuana |
| | ) |
| | ) 21 U.S.C. § 856(a) -- |
| | ) Maintaining Drug-Involved |
| | ) Premises |
| | ) |
| | ) 18 U.S.C. § 2 -- |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 853 -- |
| | ) Criminal Forfeiture Allegation |
| | ) |
| | ) |

## SECOND SUPERSEDING INDICTMENT

**COUNT ONE:**    **(21 U.S.C. § 846 -- Conspiracy to Distribute Marijuana)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about the fall of 2002 and

continuing to on or about November 8, 2004, at Somerville, Billerica and elsewhere in the

District of Massachusetts, at Laredo, in the Southern District of Texas, and elsewhere,

> **5.    ANTHONY SAUNDERS, a.k.a.**
> **ANTHONY LUCENTE, a.k.a.  "Big T"**
> **7.    KEVIN MCIVER,**
> **8.    FREDERICK PIDGE, and**

-1-

## 10. SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least 1000 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**   **(21 U.S.C. § 841(a)(1) – Possession of Marijuana With Intent to Distribute; 18 U.S.C. § 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 8, 2004, at Billerica and Somerville, in the District of Massachusetts,

> **5.    ANTHONY SAUNDERS, a.k.a.**
> **ANTHONY LUCENTE, a.k.a.  "Big T"**
> **7.    KEVIN MCIVER,**
> **8.    FREDERICK PIDGE,**
> **10.   SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a.**
> **SANDRA ROMPREY,**

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a

Schedule I controlled substance.

It is further alleged that this offense involved at least 100 kilograms of a mixture and substance

containing a detectable amount of marijuana, a Schedule I controlled substance.  Accordingly, Title

21, United States Code, Section  841(b)(1)(B)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United

States Code, Section 2.

**COUNT THREE:** **(21 U.S.C. § 856(a)(2) – Maintaining Drug Involved Premises)**

The Grand Jury further charges that:

In or about November 2004, in Billerica, in the District of Massachusetts, while managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road in Billerica, as an owner, employee and agent,

### KEVIN MCIVER,

defendant herein, knowingly and intentionally made available for use such place for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(2).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.        As a result of the offenses alleged in Counts I, II,  and III of this Indictment, the

defendants,

>   **5.        ANTHONY    SAUNDERS,    a.k.a.**
>   **ANTHONY LUCENTE, a.k.a. "Big T"**
>   **7.        KEVIN MCIVER,**
>   **8.        FREDERICK PIDGE,**
>   **10.        SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a.**
>   **SANDRA ROMPREY,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations, including without limitation:

>   (a)        the real property and buildings located at 239 Rangeway Road, Billerica,
>   Massachusetts, having a deed recorded at the Southern Middlesex County
>   Registry of Deed, Book 173, Page 63, currently owned by **KEVIN**
>   **MCIVER**;
>
>   (b)        one white 1999 Ford Econovan, bearing VIN 1FTRE1420XHA06080 and
>   Massachusetts registration number US30RG, currently owned by
>   **SANDRA SAUNDERS**; and
>
>   (c)        one 2002 Ford Taurus, bearing VIN 1FAFP56SC2A115574 and
>   Massachusetts registration number 62DV40, currently owned by
>   A**NTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big**
>   **T"**.

2.    If any of the property described in paragraph 1 above, as a result of any act or

omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided
           without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

    All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**

—————————————————————
FOREPERSON OF THE GRAND JURY

—————————————————————
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    July 6, 2006

Returned into the District Court by the Grand Jury Foreperson and filed.

—————————————————————
Deputy Clerk

7/6/06
C 11:47AM

-7-

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Criminal No. 04-CR-10363-DPW |
| | ) |
| 5.  **ANTHONY SAUNDERS, a.k.a. ANTHONY** | ) VIOLATIONS: |
| **LUCENTE, a.k.a. "Big T"** | ) |
| 7.  **KEVIN MCIVER,** | ) 21 U.S.C. § 846 – |
| 8.  **FREDERICK PIDGE and** | ) Conspiracy to Distribute |
| 10. **SANDRA SAUNDERS, a.k.a. SANDRA** | ) Marijuana |
| **LUCENTE a.k.a. SANDRA ROMPREY,** | ) |
| | ) 21 U.S.C. § 841(a)(1) – |
| | ) Possession with Intent to |
| **Defendants.** | ) Distribute |
| | ) Marijuana |
| | ) |
| | ) 21 U.S.C. § 856(a) – |
| | ) Maintaining Drug-Involved |
| | ) Premises |
| | ) |
| | ) 18 U.S.C. § 2 – |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. §853 – |
| | ) Criminal Forfeiture Allegation |

I, the undersigned, foreperson of the grand jury of this court, at the term begun and held at

Boston on the 6th day of July, 2006, in pursuance of Rule 6(c) of the Federal Rules of Criminal

Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not

to be made public except on order of the court, to wit:

_17_   grand jurors concurring in the second superseding indictment.

FOREPERSON

-8-

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Billerica          **Category No.**  II          **Investigating Agency**  ICE

**City**   Billerica                  **Related Case Information:**

**County**   Middlesex          Superseding Ind./ Inf.   Yes          Case No.    04-10363
                               Same Defendant   yes          New Defendant
                               Magistrate Judge Case Number
                               Search Warrant Case Number
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Anthony Saunders                  Juvenile      ☐ Yes   ☒ No

Alias Name        aka Anthony Lucente aka Big T

Address    not known

Birth date (Year only):   1964   SSN (last 4 #):   2025   Sex  M  Race:    W          Nationality:

**Defense Counsel if known:**    **Wayne Murphy**          **Address:  600 Atlantic Avenue**
                                                                     **Boston MA**
**Bar Number:**

**U.S. Attorney Information:**

**AUSA**   **Nancy Rue**                          **Bar Number if applicable**

**Interpreter:**      ☐ Yes ☒ No          **List language and/or dialect:**

**Victims:**  ☐ Yes ☒ No      **If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)** ☐ Yes ☒ No

**Matter to be SEALED:**      ☐ Yes      ☐ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**

☒ **Already in Federal Custody as**   by order of Hon JL Alexander   **in**                          .
☐ **Already in State Custody**                   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by**                   **on**

**Charging Document:**      ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty**          ☐ **Misdemeanor**      ☒ **Felony**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are**
       **accurately set forth above.**

**Date:**   6 July 2006      **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): ___ *04-10363 - DPW*

Name of Defendant ___ *Anthony Sandlino*

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841 | conspiracy | 1 |
| Set 2  21 USC 841(a)(1) | PWID marijuana | 2 |
| Set 3  21 USC 853 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                        **Category No.** _II_          **Investigating Agency** _ICE_

**City** _Billerica_                        **Related Case Information:**

**County** _Middlesex_          **Superseding Ind./ Inf.** _X_          **Case No.** _04-CR-10363-DPW_
                                   **Same** _____ **New** _____ x _____
                                   **Magistrate Judge Case Number** _____
                                   **Search Warrant Case** _____
                                   **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant** _Kevin McIver_          **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth** _1963_          **SS#:** _3409_          **Sex:** _M_   **Race:** _W_          **National** _USA_

**Defense Counsel if known:** _Tom Butters_          **Address:** _One Exeter Plaza, Boston_
                                                                  _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Nancy Rue_          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☐ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**      ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**      ☐ Petty _____          ☐ Misdemeanor _____          ☒ Felon _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:  July 6, 2006**          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy          *04-10363-DPW*

**Name of Defendant**    Kevin McIver

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3  21 USC 856(a)(2) | maintaining drug involved premises | 3 |
| Set 4  21 USC § 853 | Criminal Forfeiture    Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                     **Category No.**  **II**            **Investigating Agency**  **ICE**

**City**   **Billerica**                    **Related Case Information:**

**County**   **Middlesex**                **Superseding Ind./ Inf.**  **X**           **Case No.**   **04-CR-10363-DPW**
                                           **Same** _____ **New**      **x**
                                           **Magistrate Judge Case Number** _____
                                           **Search Warrant Case** _____
                                           **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant**   **Frederick Pidge**                   **Juvenile**   [ ] **Yes**   [X] **No**

**Alias Name** _____

**Address**   **Billerica MA**

**Birth**   **1951**   **SS#:** **0448**   **Sex:** **M**   **Race:** **w**           **Nationality**  **USA**

**Defense Counsel if known:**   **Bernard Grossberg**      **Address:**  **99 Summer St #1800**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   **Nancy Rue**                   **Bar Number if applicable** _____

**Interpreter:**   [ ] **Yes**   [X] **No**        **List language and/or dialect:** _____

**Matter to be SEALED:**   [ ] **Yes**   [ ] **No**

        [ ] **Warrant Requested**        [ ] **Regular Process**        [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] **Already in Federal Custody as** _____ **in** _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[x] **On Pretrial Release:**   **Ordered by**  **Hon. D P Woodlock**   **on** _____

**Charging Document:**   [ ] **Complaint**   [ ] **Information**   [x] **Indictment**

**Total # of Counts:**   [ ] **Petty** _____   [ ] **Misdemeanor** _____   [x] **Felony**   **2**

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  **July 17, 2006**        **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy**    _04-10363_

**Name of Defendant    Frederick Pidge**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3  18 USC § 2 | Aiding and Abetting | 2 |
| Set 4  21 USC § 853 | Criminal Forfeiture    Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

JS45 all def_rewindict 2 wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __ICE__

**City** __Billerica__    **Related Case Information:**

**County** __Middlesex__    Superseding Ind./ Inf. __X__    Case No. __04-CR-10363-DPW__
Same Defendant _____    New Defendant __x__
Magistrate Judge Case Number    __04-00284– JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sandra Saunders__    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __Rumney, NH__

Birth date: __1945__    SS#: __1791__    Sex: __F__    Race: __W__    Nationali __USA__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Nancy Rue__    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes    ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☐ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __December 2004__

☒ **Already in Federal Custody as** __per Hon. JL Alexander__ **in** __USMS custody__ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felon __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __July 6, 2006__    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy**    04-10363 - DPW

**Name of Defendant**    Sandra Saunders

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3  21 USC § 853 | Criminal Forfeiture allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**