```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                )
     v.                                 )Case No. 04-10363-DPW
5.   ANTHONY SAUNDERS a.k.a   ANTHONY   )
     LUCENTE, a.k.a. "Big T", and       )
7.   SANDRA SAUNDERS, a.k.a. SANDRA     )
     LUCENTE a.k.a. SANDRA ROMPREY      )
     Defendants                         )
```

## WITNESS LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of witnesses it anticipates it will use in its case-in-chief.

Special Agent Alejandro Amaro
Immigration and Customs Enforcement, Laredo, Texas

Special Agent Theodore Francisco
Immigration and Customs Enforcement, Laredo, Texas

Special Agent Hector Garcia
Immigration and Customs Enforcement, Laredo, Texas

Special Agent Ryan Boyd
Immigration and Customs Enforcement, Boston, MA

Special Agent Kyle Burns
Immigration and Customs Enforcement, Boston, MA

Special Agent John Coleman
Immigration and Customs Enforcement, Boston, MA

Special Agent Peter Darling
Immigration and Customs Enforcement, Boston, MA

Special Agent Christopher Diorio
Immigration and Customs Enforcement, Boston, MA

Special Agent Todd Donnelly
Immigration and Customs Enforcement, Boston, MA

Special Agent James Nagle
Immigration and Customs Enforcement, Boston, MA

Special Agent Bernard Navarro
Immigration and Customs Enforcement, Boston, MA

Special Agent Brenda Nevano
Immigration and Customs Enforcement, Boston, MA

Special Agent Kristin Rosenbeck
Immigration and Customs Enforcement, Boston, MA

Special Agent Kenny Silva
Immigration and Customs Enforcement, Ft. Myers, FL

Jennifer Chu, Forensic Chemist
Drug Enforcement Administration

Matthew Gilmore, Eastham Police Department

James Bazzinotti, Massachusetts State Police

Tom Coffey, Massachusetts State Police

David Fladger, Massachusetts State Police

Peter McCarron
Massachusetts Bay Transit Authority

Peter Pasciucco
Massachusetts Bay Transit Authority

Michael Feeney
Boston Police Department

Richard Adams, Revere, MA

Martin Lucente
Newton, MA

Donna Lucente
Newton, MA

Anthony J. Arno
Belmont, MA

Keeper of the Records
Anthony J. Arno Realty Trust
Belmont, MA

Keeper of the Records
Cingular Wireless

Keeper of the Records
Sprint/Nextel

Keeper of the Records
T-Mobile

The government reserves the right to supplement and/or amend this list as necessary. In addition, the government has not listed any witnesses it may use on rebuttal.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:    /s/ Nancy Rue
                                Nancy Rue
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Nancy Rue
                                Nancy Rue
                                Assistant United States Attorney

Date:    July 6, 2006