UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          04-cr-10363 DPW

SANDRA SAUNDERS

### DEFENDANT SANDRA SAUNDERS' WITNESS LIST

Now comes the defendant, by counsel, and states that the witnesses the defense may call to testify at trial include the following:

1. Leon Romprey, of Rumney, New Hampshire; and

2. Sandra Saunders, of Newton, Massachusetts.

The defendant reserves the right to call additional witnesses as required or as rebuttal witnesses.

Respectfully Submitted,

Date: July 11, 2006                  /s/ MELVIN NORRIS
                                     Melvin Norris
                                     260 Boston Post Road
                                     Wayland, MA 01778
                                     (508) 358-3305
                                     BBO# 373900


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

              /s/ Melvin Norris
              MELVIN NORRIS