```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**       )
                                   )
    v.                              )
                                   )   No. 04-10363-DPW
**WILLIAM STANLEY, <u>et al.</u>,**        )
                                   )
    **Defendants.**                  )

**(ASSENTED TO)**
**GOVERNMENT'S MOTION FOR 4-DAY EXTENSION OF TIME TO FILE PROFFER OF PETROZIELLO STATEMENTS AND TO RESPOND TO MOTION TO SEVER**

    The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Nancy Rue, respectfully moves for an extension of 4 days, until July 28, 2006, to file its proffer of co-conspirator statements that the government seeks to admit pursuant to Federal Rule of Evidence 801(d)(2)(E) and to respond to Sandra Saunders' motion to sever.  As grounds therefor, the government submits as follows:

1. The government had entered into plea and cooperation discussions with a co-defendant in this case during the week of July 6, 2006.  However, uncertainty arose as to the status of the discussions the same day.

2. The co-defendant conveyed his agreement today, July 20, 2006, to the terms that were formally authorized by the U.S. Attorney.

3. The co-defendant/cooperating witness and counsel are unavailable today, and the undersigned is out of town tomorrow, Friday, July 21, 2006.  The parties have agreed to meet on Monday at 1:00 p.m. to execute the

       agreement and to interview the co-defendant/cooperating witness regarding statements by co-conspirators.

4. The government will require approximately two days to fully debrief the co-defendant/cooperating witness.

The government wishes to include the statements supplied by both cooperating witnesses in the government's proffer regarding <u>Petroziello</u> statements, and to include the information from both cooperating witnesses in its factual statement and analysis for its response to its motion to sever. Accordingly, the government seeks a 4 day extension of time, until Friday, July 28, 2006.

The undersigned has contacted counsel for Sandra Saunders, and he does not oppose this request. Counsel for Anthony Saunders has assented to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: /s/ Nancy Rue
    NANCY RUE
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                            /s/ Nancy Rue
                            Nancy Rue
Date: July 20, 2006      Assistant United States Attorney