UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                      04-cr-10363 DPW

SANDRA SAUNDERS

### DEFENDANT SANDRA SAUNDERS'S REQUEST FOR VOIR DIRE OF THE PROSPECTIVE JURORS

Now comes the defendant in the above-captioned matter, Sandra Saunders, and moves this Honorable Court, pursuant to Fed. R. Crim. P. 24(a), to examine the prospective jurors by inquiry as follows:

**I.     Victim of Crime**

1. Have you ever been a victim of a crime?

   If yes, please describe the incident:

   a. When did it take place?

   b. What was the age, race, national origin, and sex of the perpetrator?

   c. Were the police called?

   d. Was anyone arrested?

   e. Did you testify in court?

   f. What impressions about the police, prosecutors and about the judicial system did you form as a result of your experience?

1

      g.      Were drugs involved in your experience?

      h.      Will this experience interfere in any way with your ability to be fair and impartial in this case?

## II. Relationship to Law Enforcement Personnel

1. Are you related to, or close friends with, any federal agents, police officers, district attorneys, Assistant United States Attorneys, or other law enforcement personnel? If yes:

    a.    Please describe your relationship with this person?

    b.    How often do you see him / her?

    c.    Where does he / she work?

    d.    Does he / she discuss his / her work with you?

    e.    As a result of your contact with this person, what are your impressions about police work / district attorneys' office, United States Attorneys' Office, Department of Justice, etc.?

    f.    Will this relationship interfere in any way with your ability to be fair and impartial in this case?

## III. Attitudes and Impressions About Law Enforcement and Criminal Justice System

1. What does it mean to you when the police arrest or the government indicts someone?

2. Do you think the police could mistakenly or knowingly arrest the wrong

      person, or the government could mistakenly or knowingly indict the wrong person? Why or why not?

3. Does the fact that the defendant has been arrested or indicted make you think they did something wrong?

4. Do you believe that a police officer's should be given more weight than the testimony of any other witness?

5. Do you believe that a police officer's or federal agent's testimony should be considered more truthful than the testimony of other witnesses?

### IV. Attitudes About Victim / Nature of Crime / Defendant

1. Will the fact that this case involves charges involving conspiracy to distribute marijuana affect your ability to be a fair and impartial juror?

2. Are you related to, or close friends with any person who has been a drug user or addict? If so, would that affect your ability to be a fair and impartial juror?

### VI. Presumption of Innocence

1. Does the fact that Sandra Saunders is charged with a serious crime make you think she must have done something wrong?

2. Do you believe that Sandra Saunders could be innocent even though she is charged with a serious crime?

                                              Respectfully submitted,
                                              Sandra Saunders
                                              By her attorney,

Dated: August 14, 2006                           /s/ MELVIN NORRIS

                                              Melvin Norris
                                              260 Boston Post Road, Suite 7
                                              Wayland, MA 01778
                                              (508) 358-3305
                                              BBO# 373900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                    /s/ Melvin Norris
                                  MELVIN NORRIS