UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    04-cr-10363 DPW

SANDRA SAUNDERS

**DEFENDANT'S MOTION TO ISSUE HABEAS CORPUS
TO SECURE APPEARANCE OF WITNESS**

Now comes the defendant, Sandra Saunders, by counsel, and requests this Honorable Court to issue a writ of Habeas Corpus for Leon Romprey. As reason therefor, the defendant states the following:

1. The witness, Leon Romprey, is the spouse of the defendant.

2. The witness is expected to provide substantially exculpatory evidence for the defendant.

3. The witness was a co-defendant in this case, and has plead guilty and been sentenced by this court.

4. The Witness, Leon Romprey, is currently in the custody of the Bureau of Prisons and/or the United States Marshal Service, and is currently being held in the Plymouth County Correctional Facility.

5. The defendant requests that this witness be brought in during her trial to testify on her behalf.

6. The interests of justice require the issuance of this Habeas Corpus.

WHEREFORE, for the reasons set forth above, the defendant requests that this Court issue a writ of Habeas Corpus for Leon Romprey.

Respectfully Submitted,

Date:   August 14, 2006                         /s/ MELVIN NORRIS
                                                Melvin Norris
                                                260 Boston Post Road
                                                Wayland, MA 01778
                                                (508) 358-3305
                                                BBO# 373900


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

          /s/ Melvin Norris
        MELVIN NORRIS