UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ANTHONY SAUNDERS, and )<br>SANDRA SAUNDERS, )<br>  Defendants. ) | Cr. No. 04-10363-DPW |

GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Nancy Rue, hereby request that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.   The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

    (a) ever been charged in a criminal proceeding?;

    (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

    (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

    (d) ever had any involvement, of any sort, with the Federal Bureau of Investigation, the Drug Enforcement Administration, the United States Customs Service, the

Department of Homeland Security, U.S. Immigration and Customs Enforcement, the Massachusetts Bay Transit Authority police, the Billerica Police Department or the Somerville Police Department?

(e) ever been questioned by a federal or state investigative officer in connection with a criminal investigation?

2. Aside from these particular circumstances, are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3. Some of the witnesses expected to be called by the United States at trial are special agents with United States Immigration and Customs Enforcement, or officers with the Massachusetts State Police, the Massachusetts Bay Transit Authority or local police departments. Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer?

4. There will be several agents and law enforcement officers called to testify in this case. Their testimony will reflect certain matters in this case as well as specialized knowledge and skills pertinent to this case. Would you believe or disbelieve the agent or officer simply because of that person's position as a law enforcement officer or government agent?

5. The government may call a witness who has been charged

with similar crimes and who has reached an agreement to cooperate with the government in hopes of lessening his sentence.  Does this fact impair your ability to evaluate and judge his/her testimony fairly and impartially the facts in this case?

    6.   Would you have reservations in believing the testimony of a witness who testifies about the criminal actions of others if that witness was also involved in criminal activity?

    7.  Do you have any strong feelings regarding the federal drug trafficking laws that would affect your ability to sit as a fair and impartial juror in this case?

    8.   Do you have any strong feelings that marijuana should not be criminalized or is not harmful?

    9.   Are you or any member of your family a member of an organization that advocates the legalization of marijuana or any other controlled substance?

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN,
                                United States Attorney,

                    By:   /s/ Nancy Rue
                          NANCY RUE
                          Assistant U.S. Attorney
                          One Courthouse Way
                          Boston, MA
                          617-748-3260

DATED:    August 14, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Nancy Rue
                                        Nancy Rue
                                        Assistant United States Attorney

Date:    August 14, 2006