UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                            04-cr-10363 DPW

SANDRA SAUNDERS

## SANDRA SAUNDERS' OBJECTION TO THE ADMISSION OF ALLEGED CO-CONSPIRATOR STATEMENTS

The defendant moves this Honorable Court to preclude the Government from introducing, or referring to, statements of co-conspirators as proffered by the Government on July 28, 2006. The defendant objects to the admission of these statements as they pertain to different conspiracies, and are far more prejudicial than probative. These statements would have no probative value or relevance to Ms. Saunders, as she maintains that she was not involved in these prior conspiracies which had ended.

Most, if not all, of the statements proffered by the government do not pertain to the conspiracy which Ms. Saunders is alleged to be involved in. Furthermore, the admission of this type of evidence would further support Ms. Saunders motion to sever her trial, since they are so far removed from the conduct she is accused of in this matter.

By Her Attorney,

Dated: August 14, 2006            /s/ MELVIN NORRIS
                                  MELVIN NORRIS
                                  260 Boston Post Road, Suite 7
                                  Wayland, MA 01778
                                  (508) 358-3305
                                  bbo # 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

    /s/ Melvin Norris
MELVIN NORRIS