```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA             )
    v.                               )Case No. 04-10363-DPW
5. ANTHONY SAUNDERS a.k.a    ANTHONY  )
    LUCENTE, a.k.a. "Big T", and     )
7. SANDRA SAUNDERS, a.k.a. SANDRA    )
    LUCENTE a.k.a. SANDRA ROMPREY    )
    Defendants                       )

## EXHIBIT LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of exhibits that it anticipates it will use in its case-in-chief.

1. Tape of conversation among undercover agents, Felix Parra-Gastelom and Jose Arellano, on 10/25/04

2. Transcript of conversation among undercover agents, Felix Parra-Gastelom and Jose Arellano, on 10/25/04

3. Video footage of conversation among undercover agents, Felix Parra-Gastelom, and Jose Arellano, on 11/2/04

4. Tape of conversation among undercover agents, Felix Parra-Gastelom, and Jose Arellano, on 11/2/04

5. Transcript of conversation among undercover agents and Felix Parra-Gastelom, on 11/2/04

6. Marijuana, wrapping, and containers seized from 8 Colonial Road, Billerica

7. Marijuana, wrapping, and containers (bags) seized from Econoline Van

8. Marijuana, wrapping, and containers seized from 239 Rangeway Road, Billerica

9. Surveillance video in Somerville on 11/8/04, showing

    black Ford Taurus driven by Anthony Saunders (camera 1)

10. Surveillance video in Somerville on 11/8/04, showing black Ford Taurus driven by Anthony Saunders (camera 2)

11. Photographs from surveillance in Somerville on 11/8/04, showing black Ford Taurus driven by Anthony Saunders

12. Photographs from surveillance at warehouse on 11/8/04, showing Ford pickup truck

13. Videotape of aerial surveillance on 11/8/04

14. Records from Registry of Motor Vehicles for Ford Taurus

15. Records from Registry of Motor Vehicles for Econoline Van

16. Records from Registry of Motor Vehicles for Ford PickUp Truck

17. Records from Prolerized New England related to metal scraps redeemed by Kevin McIver and John Manning

18. Records from Boston Federal Savings Bank related to accounts of McIver Bros

19. Records from Enterprise Bank related to accounts of McIver Bros

20. Check from Mark Cristofori to Kevin McIver

21. Check from McIver Bros to Helen Mastroianni dated 9/7/02

22. Check from McIver Bros to Helen Mastroianni dated 11/15/02

23. Purchase records by Kevin McIver and John Manning from AGA Gas/Linde Gas

24. Purchase records by Kevin McIver and John Manning from O'Sullivan Kennedy Company

25. Membership records of International Union of Operating Engineers related to Kevin McIve

26. Proffer Agreement for Richard Adams

27. Plea Agreement for Richard Adams

28. Proffer Agreement for Kevin McIver

29. Plea Agreement for Kevin McIver

30. Timesheets of Capitol Electric for Richard Adams

31. Tape of conversation among undercover agents, William Stanley, John Manning, Richard Adams, and Kevin McIver on 11/8/04

32. Records of Plymouth County House of Corrections related to William Stanley

33. Handwritten notes in possession of Anthony Saunder at arrest

34. Walmart receipt in possession of Anthony Saunders at arrest

35. Husky trash bags seized from warehouse on 11/8/04

36. Photographs from search of warehouse on 11/8/04

37. Nail polish bottles seized from 8 Colonial Drive, Billerica on 11/8/04

38. Padlocks & keys seized from seized from 8 Colonial Drive, Billerica on 11/8/04

39. Container seized from seized from 8 Colonial Drive, Billerica on 11/8/04

40. Marijuana seized from under container at seized from 8 Colonial Drive, Billerica on 11/8/04

41. Photographs from search of 8 Colonial Drive, Billerica on 11/8/04

42. Cellular Telephone Records from Cingular Wireless

43. Cellular Telephone Records from Nextel

44. Cellular Telephone Records from T-Mobile

45. Map of Billerica/Somerville area

The government reserves the right to supplement and/or amend this list as necessary.  In addition, the government has not listed any exhibits it may use on rebuttal.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney

By:    /s/ Nancy Rue
                    Nancy Rue
                    Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    /s/ Nancy Rue
                    Nancy Rue
                    Assistant United States Attorney

Date:    August 15, 2006