UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Case No. 04-10363-DPW |
| 5.  ANTHONY SAUNDERS a.k.a   ANTHONY | ) |
|     LUCENTE, a.k.a. "Big T", and | ) |
| 7.  SANDRA SAUNDERS, a.k.a. SANDRA | ) |
|     LUCENTE a.k.a. SANDRA ROMPREY | ) |
|     Defendants | ) |

### EXHIBIT LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the attached table listing exhibits that it anticipates it will use in its case-in-chief.

The government respectfully seeks the right to supplement and/or amend this list as necessary.  In addition, the government has not listed any exhibits it may use on rebuttal.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                                United States Attorney

                        By:     /s/ Nancy Rue
                                Nancy Rue
                                Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                /s/ Nancy Rue
                                Nancy Rue
                                Assistant United States Attorney
Date:    September 6, 2006

| By | #/ Letter | Marked [y/n] | Admitted [y/n] | Description | Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | Audio from Laredo | Garcia | |
| Govt | 2 | | | Transcript of 10/25/04 | Garcia | |
| Govt | 3 | | | Transcript of 11/2/04 | Garcia | |
| Govt | 4 | | | Excerpt A 10/25/04 | Garcia | |
| Govt | 5 | | | Excerpt B 10/25/04 | Garcia | |
| Govt | 6 | | | Excerpt C 10/25/04 | Garcia | |
| Govt | 7 | | | Excerpt A 11/2/04 | Garcia | |
| Govt | | A | | Map of Somerville | Garcia | |
| Govt | | B | | Audio clip from 11/8/04 | Garcia | |
| Govt | | C | | RMV Records | Garcia | |
| Govt | | D | | Aerial Surveillance Video Clip | Garcia | |
| Govt | | E | | Photo Parra | | |
| Govt | | F | | Photo Arellano | | |
| Govt | | G | | Photo Manning | | |
| Govt | | H | | Photo Stanley | | |
| Govt | | I | | Photo Adams | | |
| Govt | | J | | Camera 1 - video | | |
| Govt | | K | | Photo 62 Stanley | | |
| Govt | | L | | Photo 64 Stanley | | |
| Govt | | M | | Photo 65 Stanley & Saunders | | |
| Govt | | N | | Photo 81 warehouse | | |
| Govt | | O | | Photo 83 Red truck | | |
| Govt | | P | | Photo 83 Red truck with green toolboxes | | |

| Govt | | Q | | Photo 91 5 containers at warehouse | | |
|---|---|---|---|---|---|---|
| Govt | | R | | Photo 88 green container with mj | | |
| Govt | | S | | Photo 89 two yellow containers | | |
| Govt | | T | | Photo 95 Acetylene torch | | |
| Govt | | U | | Photo 96 Steel containers | | |
| Govt | | V | | Photo 97 Rusted steel containers | | |
| Govt | | W | | Photo 107 steel containers with water level | | |
| Govt | | X | | Photo 129 Green Toolbox with mj | | |
| Govt | | Y | | Photo 130 Green Toolbox with mj | | |
| Govt | | Z | | Photo 131 Green Toolbox with mj | | |
| Govt | | AA | | Photo 132 Green Toolbox with mj | | |
| Govt | | AB | | White Van - rear view | | |
| Govt | | AC | | White Van - side view | | |
| Govt | | AD | | Pidge's house - yellow container | | |
| Govt | | AE | | Pidge's house - floor | | |
| Govt | | AF | | Pidge's house - locks | | |
| Govt | | AG | | Pidge's house - more locks | | |
| Govt | | AH | | Locks | | |

| | | | | | |
|---|---|---|---|---|---|
| Govt | | AI | | RMV records - Pidge Pickup truck | | |
| Govt | | AJ | | RMV Records - Saunders van | | |
| Govt | | AK | | trash bags | | |
| Govt | | AL | | Aerial footage clip | | |
| Govt | | AM | | Plea agreement - KM | | |
| Govt | | AN | | Proffer Agreement - KM | | |
| Govt | | AO | | Cristofori check | | |
| Govt | | AP | | deposit slip | | |
| Govt | | AQ | | HM check 1 | | |
| Govt | | AR | | HM Check 2 | | |
| Govt | | AS | | Auto Rental | | |
| Govt | | AT | | Union Record | | |
| Govt | | AU | | O'Sullivan Kennedy Record | | |
| Govt | | AV | | Video clip 2 | | |
| Govt | | AW | | Plea agreement - RA | | |
| Govt | | AX | | Proffer agreement - RA | | |
| Govt | | AY | | Timesheets | | |
| Govt | | AZ | | green/yellow containers | | |
| Govt | | BA | | AT&T cards | | |
| Govt | | BB | | photo AT&T cards/phone | | |
| Govt | | BC | | photo cash | | |
| Govt | | BD | | cellphone 1 | | |
| Govt | | BE | | cellphone 2 | | |
| Govt | | BF | | marijuana samples | | |
| Govt | | BG | | marijuana | | |

| Govt | | BH | | count sheet - 11/8 | | |
|------|--|----|--|--------------------|--|--|
| Govt | | BI | | count & weight 11/9 | | |
| Govt | | BJ | | phone records | | |
| Govt | | BK | | phone records | | |
| Govt | | BL | | phone records | | |
| Govt | | BM | | phone records | | |
| Govt | | BN | | phone records | | |
| Govt | | BO | | phone records | | |
| Govt | | BP | | phone records | | |
| Govt | | BQ | | phone records | | |
| Govt | | BR | | phone records | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Case No. 04-10363-DPW |
| 5.  ANTHONY SAUNDERS a.k.a    ANTHONY | ) |
|     LUCENTE, a.k.a. "Big T", and | ) |
| 7.  SANDRA SAUNDERS, a.k.a. SANDRA | ) |
|     LUCENTE a.k.a. SANDRA ROMPREY | ) |
|     Defendants | ) |

**EXHIBIT LIST**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the attached table listing exhibits that it anticipates it will use in its case-in-chief.

The government respectfully seeks the right to supplement and/or amend this list as necessary. In addition, the government has not listed any exhibits it may use on rebuttal.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                  By:    /s/ Nancy Rue
                              Nancy Rue
                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ Nancy Rue
                              Nancy Rue
                              Assistant United States Attorney
Date:    September 6, 2006

| By | #/ Letter | Marked [y/n] | Admitted [y/n] | Description | Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | Audio from Laredo | Garcia | |
| Govt | 2 | | | Transcript of 10/25/04 | Garcia | |
| Govt | 3 | | | Transcript of 11/2/04 | Garcia | |
| Govt | 4 | | | Excerpt A 10/25/04 | Garcia | |
| Govt | 5 | | | Excerpt B 10/25/04 | Garcia | |
| Govt | 6 | | | Excerpt C 10/25/04 | Garcia | |
| Govt | 7 | | | Excerpt A 11/2/04 | Garcia | |
| Govt | | A | | Map of Somerville | Garcia | |
| Govt | | B | | Audio clip from 11/8/04 | Garcia | |
| Govt | | C | | RMV Records | Garcia | |
| Govt | | D | | Aerial Surveillance Video Clip | Garcia | |
| Govt | | E | | Photo Parra | | |
| Govt | | F | | Photo Arellano | | |
| Govt | | G | | Photo Manning | | |
| Govt | | H | | Photo Stanley | | |
| Govt | | I | | Photo Adams | | |
| Govt | | J | | Camera 1 - video | | |
| Govt | | K | | Photo 62 Stanley | | |
| Govt | | L | | Photo 64 Stanley | | |
| Govt | | M | | Photo 65 Stanley & Saunders | | |
| Govt | | N | | Photo 81 warehouse | | |
| Govt | | O | | Photo 83 Red truck | | |
| Govt | | P | | Photo 83 Red truck with green toolboxes | | |

| Govt | | Q | | Photo 91 5 containers at warehouse | | |
|---|---|---|---|---|---|---|
| Govt | | R | | Photo 88 green container with mj | | |
| Govt | | S | | Photo 89 two yellow containers | | |
| Govt | | T | | Photo 95 Acetylene torch | | |
| Govt | | U | | Photo 96 Steel containers | | |
| Govt | | V | | Photo 97 Rusted steel containers | | |
| Govt | | W | | Photo 107 steel containers with water level | | |
| Govt | | X | | Photo 129 Green Toolbox with mj | | |
| Govt | | Y | | Photo 130 Green Toolbox with mj | | |
| Govt | | Z | | Photo 131 Green Toolbox with mj | | |
| Govt | | AA | | Photo 132 Green Toolbox with mj | | |
| Govt | | AB | | White Van - rear view | | |
| Govt | | AC | | White Van - side view | | |
| Govt | | AD | | Pidge's house - yellow container | | |
| Govt | | AE | | Pidge's house - floor | | |
| Govt | | AF | | Pidge's house - locks | | |
| Govt | | AG | | Pidge's house - more locks | | |
| Govt | | AH | | Locks | | |

| Govt | | AI | | RMV records - Pidge Pickup truck | | |
|---|---|---|---|---|---|---|
| Govt | | AJ | | RMV Records - Saunders van | | |
| Govt | | AK | | trash bags | | |
| Govt | | AL | | Aerial footage clip | | |
| Govt | | AM | | Plea agreement - KM | | |
| Govt | | AN | | Proffer Agreement - KM | | |
| Govt | | AO | | Cristofori check | | |
| Govt | | AP | | deposit slip | | |
| Govt | | AQ | | HM check 1 | | |
| Govt | | AR | | HM Check 2 | | |
| Govt | | AS | | Auto Rental | | |
| Govt | | AT | | Union Record | | |
| Govt | | AU | | O'Sullivan Kennedy Record | | |
| Govt | | AV | | Video clip 2 | | |
| Govt | | AW | | Plea agreement - RA | | |
| Govt | | AX | | Proffer agreement - RA | | |
| Govt | | AY | | Timesheets | | |
| Govt | | AZ | | green/yellow containers | | |
| Govt | | BA | | AT&T cards | | |
| Govt | | BB | | photo AT&T cards/phone | | |
| Govt | | BC | | photo cash | | |
| Govt | | BD | | cellphone 1 | | |
| Govt | | BE | | cellphone 2 | | |
| Govt | | BF | | marijuana samples | | |
| Govt | | BG | | marijuana | | |

| Govt | | BH | | count sheet - 11/8 | | |
|---|---|---|---|---|---|---|
| Govt | | BI | | count & weight 11/9 | | |
| Govt | | BJ | | phone records | | |
| Govt | | BK | | phone records | | |
| Govt | | BL | | phone records | | |
| Govt | | BM | | phone records | | |
| Govt | | BN | | phone records | | |
| Govt | | BO | | phone records | | |
| Govt | | BP | | phone records | | |
| Govt | | BQ | | phone records | | |
| Govt | | BR | | phone records | | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>       v.<br>5.   **ANTHONY SAUNDERS a.k.a    ANTHONY**<br>     **LUCENTE, a.k.a. "Big T", and**<br>7.   **SANDRA SAUNDERS, a.k.a. SANDRA**<br>     **LUCENTE a.k.a. SANDRA ROMPREY**<br>     **Defendants** | )<br>)Case No. 04-10363-DPW<br>)<br>)<br>)<br>)<br>) |

### EXHIBIT LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the attached table listing exhibits that it anticipates it will use in its case-in-chief.

The government respectfully seeks the right to supplement and/or amend this list as necessary.  In addition, the government has not listed any exhibits it may use on rebuttal.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:    /s/ Nancy Rue
                              Nancy Rue
                              Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ Nancy Rue
                              Nancy Rue
                              Assistant United States Attorney
Date:     September 6, 2006

| By | #/ Letter | Marked [y/n] | Admitted [y/n] | Description | Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | Audio from Laredo | Garcia | |
| Govt | 2 | | | Transcript of 10/25/04 | Garcia | |
| Govt | 3 | | | Transcript of 11/2/04 | Garcia | |
| Govt | 4 | | | Excerpt A 10/25/04 | Garcia | |
| Govt | 5 | | | Excerpt B 10/25/04 | Garcia | |
| Govt | 6 | | | Excerpt C 10/25/04 | Garcia | |
| Govt | 7 | | | Excerpt A 11/2/04 | Garcia | |
| Govt | | A | | Map of Somerville | Garcia | |
| Govt | | B | | Audio clip from 11/8/04 | Garcia | |
| Govt | | C | | RMV Records | Garcia | |
| Govt | | D | | Aerial Surveillance Video Clip | Garcia | |
| Govt | | E | | Photo Parra | | |
| Govt | | F | | Photo Arellano | | |
| Govt | | G | | Photo Manning | | |
| Govt | | H | | Photo Stanley | | |
| Govt | | I | | Photo Adams | | |
| Govt | | J | | Camera 1 - video | | |
| Govt | | K | | Photo 62 Stanley | | |
| Govt | | L | | Photo 64 Stanley | | |
| Govt | | M | | Photo 65 Stanley & Saunders | | |
| Govt | | N | | Photo 81 warehouse | | |
| Govt | | O | | Photo 83 Red truck | | |
| Govt | | P | | Photo 83 Red truck with green toolboxes | | |

| Govt | | Q | | Photo 91 5 containers at warehouse | | |
|---|---|---|---|---|---|---|
| Govt | | R | | Photo 88 green container with mj | | |
| Govt | | S | | Photo 89 two yellow containers | | |
| Govt | | T | | Photo 95 Acetylene torch | | |
| Govt | | U | | Photo 96 Steel containers | | |
| Govt | | V | | Photo 97 Rusted steel containers | | |
| Govt | | W | | Photo 107 steel containers with water level | | |
| Govt | | X | | Photo 129 Green Toolbox with mj | | |
| Govt | | Y | | Photo 130 Green Toolbox with mj | | |
| Govt | | Z | | Photo 131 Green Toolbox with mj | | |
| Govt | | AA | | Photo 132 Green Toolbox with mj | | |
| Govt | | AB | | White Van - rear view | | |
| Govt | | AC | | White Van - side view | | |
| Govt | | AD | | Pidge's house - yellow container | | |
| Govt | | AE | | Pidge's house - floor | | |
| Govt | | AF | | Pidge's house - locks | | |
| Govt | | AG | | Pidge's house - more locks | | |
| Govt | | AH | | Locks | | |

| Govt | | AI | | RMV records - Pidge Pickup truck | | |
|---|---|---|---|---|---|---|
| Govt | | AJ | | RMV Records - Saunders van | | |
| Govt | | AK | | trash bags | | |
| Govt | | AL | | Aerial footage clip | | |
| Govt | | AM | | Plea agreement - KM | | |
| Govt | | AN | | Proffer Agreement - KM | | |
| Govt | | AO | | Cristofori check | | |
| Govt | | AP | | deposit slip | | |
| Govt | | AQ | | HM check 1 | | |
| Govt | | AR | | HM Check 2 | | |
| Govt | | AS | | Auto Rental | | |
| Govt | | AT | | Union Record | | |
| Govt | | AU | | O'Sullivan Kennedy Record | | |
| Govt | | AV | | Video clip 2 | | |
| Govt | | AW | | Plea agreement - RA | | |
| Govt | | AX | | Proffer agreement - RA | | |
| Govt | | AY | | Timesheets | | |
| Govt | | AZ | | green/yellow containers | | |
| Govt | | BA | | AT&T cards | | |
| Govt | | BB | | photo AT&T cards/phone | | |
| Govt | | BC | | photo cash | | |
| Govt | | BD | | cellphone 1 | | |
| Govt | | BE | | cellphone 2 | | |
| Govt | | BF | | marijuana samples | | |
| Govt | | BG | | marijuana | | |

| Govt | | BH | | count sheet - 11/8 | | |
|------|--|----|--|--------------------|--|--|
| Govt | | BI | | count & weight 11/9 | | |
| Govt | | BJ | | phone records | | |
| Govt | | BK | | phone records | | |
| Govt | | BL | | phone records | | |
| Govt | | BM | | phone records | | |
| Govt | | BN | | phone records | | |
| Govt | | BO | | phone records | | |
| Govt | | BP | | phone records | | |
| Govt | | BQ | | phone records | | |
| Govt | | BR | | phone records | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Case No. 04-10363-DPW |
| 5. ANTHONY SAUNDERS a.k.a ANTHONY LUCENTE, a.k.a. "Big T", and | ) ) |
| 7. SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY | ) ) |
| Defendants | ) |

## EXHIBIT LIST

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the attached table listing exhibits that it anticipates it will use in its case-in-chief.

The government respectfully seeks the right to supplement and/or amend this list as necessary. In addition, the government has not listed any exhibits it may use on rebuttal.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:    /s/ Nancy Rue
                         Nancy Rue
                         Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                         /s/ Nancy Rue
                         Nancy Rue
                         Assistant United States Attorney
```
Date:    September 6, 2006

| By | #/ Letter | Marked [y/n] | Admitted [y/n] | Description | Witness | Date Admitted |
|---|---|---|---|---|---|---|
| Govt | 1 | | | Audio from Laredo | Garcia | |
| Govt | 2 | | | Transcript of 10/25/04 | Garcia | |
| Govt | 3 | | | Transcript of 11/2/04 | Garcia | |
| Govt | 4 | | | Excerpt A 10/25/04 | Garcia | |
| Govt | 5 | | | Excerpt B 10/25/04 | Garcia | |
| Govt | 6 | | | Excerpt C 10/25/04 | Garcia | |
| Govt | 7 | | | Excerpt A 11/2/04 | Garcia | |
| Govt | | A | | Map of Somerville | Garcia | |
| Govt | | B | | Audio clip from 11/8/04 | Garcia | |
| Govt | | C | | RMV Records | Garcia | |
| Govt | | D | | Aerial Surveillance Video Clip | Garcia | |
| Govt | | E | | Photo Parra | | |
| Govt | | F | | Photo Arellano | | |
| Govt | | G | | Photo Manning | | |
| Govt | | H | | Photo Stanley | | |
| Govt | | I | | Photo Adams | | |
| Govt | | J | | Camera 1 - video | | |
| Govt | | K | | Photo 62 Stanley | | |
| Govt | | L | | Photo 64 Stanley | | |
| Govt | | M | | Photo 65 Stanley & Saunders | | |
| Govt | | N | | Photo 81 warehouse | | |
| Govt | | O | | Photo 83 Red truck | | |
| Govt | | P | | Photo 83 Red truck with green toolboxes | | |

| Govt | | Q | | Photo 91 5 containers at warehouse | | |
|---|---|---|---|---|---|---|
| Govt | | R | | Photo 88 green container with mj | | |
| Govt | | S | | Photo 89 two yellow containers | | |
| Govt | | T | | Photo 95 Acetylene torch | | |
| Govt | | U | | Photo 96 Steel containers | | |
| Govt | | V | | Photo 97 Rusted steel containers | | |
| Govt | | W | | Photo 107 steel containers with water level | | |
| Govt | | X | | Photo 129 Green Toolbox with mj | | |
| Govt | | Y | | Photo 130 Green Toolbox with mj | | |
| Govt | | Z | | Photo 131 Green Toolbox with mj | | |
| Govt | | AA | | Photo 132 Green Toolbox with mj | | |
| Govt | | AB | | White Van - rear view | | |
| Govt | | AC | | White Van - side view | | |
| Govt | | AD | | Pidge's house - yellow container | | |
| Govt | | AE | | Pidge's house - floor | | |
| Govt | | AF | | Pidge's house - locks | | |
| Govt | | AG | | Pidge's house - more locks | | |
| Govt | | AH | | Locks | | |

| Govt | | AI | | RMV records - Pidge Pickup truck | | |
|---|---|---|---|---|---|---|
| Govt | | AJ | | RMV Records - Saunders van | | |
| Govt | | AK | | trash bags | | |
| Govt | | AL | | Aerial footage clip | | |
| Govt | | AM | | Plea agreement - KM | | |
| Govt | | AN | | Proffer Agreement - KM | | |
| Govt | | AO | | Cristofori check | | |
| Govt | | AP | | deposit slip | | |
| Govt | | AQ | | HM check 1 | | |
| Govt | | AR | | HM Check 2 | | |
| Govt | | AS | | Auto Rental | | |
| Govt | | AT | | Union Record | | |
| Govt | | AU | | O'Sullivan Kennedy Record | | |
| Govt | | AV | | Video clip 2 | | |
| Govt | | AW | | Plea agreement - RA | | |
| Govt | | AX | | Proffer agreement - RA | | |
| Govt | | AY | | Timesheets | | |
| Govt | | AZ | | green/yellow containers | | |
| Govt | | BA | | AT&T cards | | |
| Govt | | BB | | photo AT&T cards/phone | | |
| Govt | | BC | | photo cash | | |
| Govt | | BD | | cellphone 1 | | |
| Govt | | BE | | cellphone 2 | | |
| Govt | | BF | | marijuana samples | | |
| Govt | | BG | | marijuana | | |

| Govt | | BH | | count sheet - 11/8 | | |
|------|---|----|---|---------------------|---|---|
| Govt | | BI | | count & weight 11/9 | | |
| Govt | | BJ | | phone records | | |
| Govt | | BK | | phone records | | |
| Govt | | BL | | phone records | | |
| Govt | | BM | | phone records | | |
| Govt | | BN | | phone records | | |
| Govt | | BO | | phone records | | |
| Govt | | BP | | phone records | | |
| Govt | | BQ | | phone records | | |
| Govt | | BR | | phone records | | |