UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                        04-cr-10363 DPW

SANDRA SAUNDERS

## DEFENDANT SANDRA SAUNDERS' MOTION FOR NEW TRIAL

Now comes the defendant, by counsel, and requests this Honorable Court to Order that a New Trial be held for the defendant in this matter, setting aside the jury verdict. As reasons therefore, the defendant assigns the following:

1. The denial of Sandra Saunders' Motion to Sever was unfairly prejudicial to the defendant. While the Court did issue limiting instructions, the amount of evidence admitted against Anthony Saunders that was irrelevant to Sandra Saunders was so prejudicial that it was impossible for Mrs. Saunders to get fair consideration by the jury.

2. From the evidence at trial, it was clear that at least one of the prosecution witnesses was coached by the government, and one can assume that additional testimony may have been coached, resulting in prejudice and uncertainty in the trial. This coaching may have resulted in the government presenting evidence that was tainted.

For the foregoing reasons, the defendant moves that this Court set aside the jury verdict and grant her a new trial on this indictment.

Respectfully Submitted,

Date:   September 22, 2006             /s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

      /s/ Melvin Norris
MELVIN NORRIS