UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | CRIMINAL NO. 04-10363-DPW |
| v. | )<br>)<br>) | |
| ANTHONY SAUNDERS AND<br>SANDRA SAUNDERS,<br>Defendant. | )<br>)<br>)<br>) | |

### VERDICT

### **COUNT ONE - ANTHONY SAUNDERS**

### **(Conspiracy)**

1.A.  We, the jury, find the Defendant Anthony Saunders

Answer "Not Guilty" or "Guilty"   _Guilty_

**If your answer to Question 1.A. is "Not Guilty," do not answer any further Questions on this page and turn to the Questions on the next page.**

1.B.  If your answer to Question 1.A. is "Guilty," do you find that the conspiracy involved **100** kilograms or more of a mixture or substance containing a detectable amount of marijuana?

Answer "Yes" or "No"   _Yes_

**If your answer to Question 1.B. is "No," do not answer any further Questions on this page and turn to the Questions on the next page.**

1.C.  If your answer to Question 1.B. is "Yes," do you find that the conspiracy involved **1000** kilograms or more of a mixture or substance containing a detectable amount of marijuana?

Answer "Yes" or "No"   _Yes_

<u>**COUNT TWO**</u> **- ANTHONY SAUNDERS**

**(Possession with Intent to Distribute)**

2.A.  We, the jury, find the Defendant Anthony Saunders
Answer "Not Guilty" or "Guilty"          *Not Guilty*

**If your answer to Question 2.A. is "Not Guilty," do not answer any further Questions on this page and turn to the Questions on the next page.**

2.B.  If your answer to Question 2.A. is "Guilty," do you find that the offense involved **100** kilograms or more of a mixture or substance containing a detectable amount of marijuana?
Answer "Yes" or "No"          _____

## COUNT ONE - SANDRA SAUNDERS

### (Conspiracy)

3.A.  We, the jury, find the Defendant Sandra Saunders

Answer "Not Guilty" or "Guilty"          _Guilty_

**If your answer to Question 3.A. is "Not Guilty," do not answer any further Questions on this page and turn to the Questions on the next page.**

3.B.  If your answer to Question 3.A. is "Guilty," do you find that the conspiracy involved **100** kilograms or more of a mixture or substance containing a detectable amount of marijuana?

Answer "Yes" or "No"          _Yes_

**If your answer to Question 3.B. is "No," do not answer any further Questions on this page and turn to the Questions on the next page.**

3.C.  If your answer to Question 3.B. is "Yes," do you find that the conspiracy involved **1000** kilograms or more of a mixture or substance containing a detectable amount of marijuana?

Answer "Yes" or "No"          _No_

3

### COUNT TWO - SANDRA SAUNDERS

### (Possession with Intent to Distribute)

4.A.  We, the jury, find the Defendant Sandra Saunders

Answer "Not Guilty" or "Guilty"     _Guilty_

**If your answer to Question 4.A. is "Not Guilty," do not answer
Question 4.B.**

4.B.  If your answer to Question 2.A. is "Guilty," do you find
that the offense involved **100** kilograms or more of a mixture or
substance containing a detectable amount of marijuana?

Answer "Yes" or "No"     _Yes_

_9/18/06_
DATE

_____
FOREPERSON

4