UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          04-cr-10363 DPW

SANDRA SAUNDERS

### DEFENDANT SANDRA SAUNDERS' MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL ON OR BEFORE OCTOBER 1, 2006

Now comes the defendant, by counsel, and requests this Honorable Court to grant leave to file a Memorandum in support of the Motion for New Trial previously filed on or before October 1, 2006. As reason therefore, the defendant states that additional time is required to properly prepare the Memorandum for the consideration of the Court.

Respectfully Submitted,

Date: September 26, 2006

/s/ MELVIN NORRIS
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

/s/ Melvin Norris
MELVIN NORRIS