November 9, 2006

Honorable Judge Douglas P. Woodlock
US Courthouse Way
Boston, MA 02210

Your Honor Sir:

I am writing today on behalf of my aunt, Sandra Saunders, who is currently awaiting sentencing at MCI-Framingham for her trial date scheduled for December 11, 2006. I respectfully ask that the following information be taken into consideration and the bracelet program be considered when executing her sentence.

My aunt, who is more like a mother to me, practically raised me Thank God. Her and I have such a special bond that is so much more like a mother and daughter than an aunt and a niece and that is why I am compelled to appeal to you regarding her sentence and I will try to be brief in doing so.

I am 44 years old. In 1972 when I was just 10 my father, Sandra's brother, passed away. I have no brothers or sisters of my own and my mother, who is still alive today, is a manic depressant, has bi-polar, is on medication and has been mentally unstable all my life. There were many times during my childhood that my mother would become so ill that it was necessary for her to be admitted to the hospital for physyactric treatment. As I was being shuffled around among other family members, besides my Italian speaking grandmother, it was my Aunt Sandra who cared for me mostly; assuring that I had everything I needed not to disrupt my childhood any further then it already was during these times. There were several occasions that my mother had to be hospitalized for 30, 60 and sometimes even more, days at a time. My aunt would arrange everything so that I could stay with her and her family during these times especially. She would accommodate her household switching the living room for another bedroom so that I temporarily had a safe place to stay. She even went as far, on two occasions, to enroll me in the school system that was in her town to makes things easier for her to care for me. This, as you can only imagine, was not the easiest thing to do considering that she had 4 children of her own but she always seemed to manage it. I truly feel had it not been for my aunt's commitment, her nurturing love, her guidance, her influence and her ability to be so caring, that one could only imagine how my life could have turned out and for this I Thank God. Because of all the positive influences she has had on me and for all the love she has given me, I am proud to say that I am well adjusted. I own my own home, work several jobs and I am married and have children whom I've raised to be the same. You see your honor, other than my grandmother and my Aunt Sandra there was nobody else in my life that could have been a more positive influence to make me into the person I am today.

I am including my grandmother in this letter for a very poignant reason. My aunt cared for my grandmother for the last year and a half of her 98th life during 2001-2203. My aunt being the unbelievable caregiver that she is, who takes care of everyone else's needs before her own, cared for my grandmother and assisted our family in the ending of my grandmother's long life. With so many emotions involved, this was not an easy or rewarding task for my aunt but she persevered and maintained the strength to do what was necessary for everyone involved and has done that in several situations with other elderly client that she has had. My aunt was, and still is, someone who could be trusted with his or her family member during the final journey of his or her life. She was also trusted as an overnight caregiver by her client's family members in their loved ones homes and again doing what most of us couldn't even imagine in some of the needs that these clients had. My aunt has such an amazing ability to put her needs at bay and tend to the situation at hand as in my case growing up, and from what I have seen her do for others all my life. I could not write or say enough about my aunt and her character as far as the person she is or what she means to me.

With all that being said I would ask, your honor, that you consider the bracelet program as an alternative to a continued sentence for a few reasons. Now I realize that most of my reasons may sound very selfish but, other than myself, my aunt has young adult children of her own and a granddaughter who love her and need her not only emotionally but also physically. As you can imagine, my aunt has already missed some very important milestones in her children's and in her granddaughter's life in the past 2 years, with so many more to come if she is not allowed a chance to try this program. With one other point I might add that my aunt is 61-years old and although that is not considered to be old now a day she still has qualities and skills that could be spent in a more productive way in the next 5-10 years of her working life. With all due respect it seems like a much better alternative than putting the burden on an already crowded jail system as well. Please don't misunderstand, this is in no way an attempt to minimize the seriousness of situation at hand but in my aunt's case, I feel she could give much more back to society if given this opportunity to so and I hope you will feel the same way.

In closing, I will end as I began. I respectfully thank you very much for taking the time to read my letter and would ask that you keep all this in mind when considering the fate of Ms. Sandra Saunders, my aunt, on December 11, 2006.

God Bless,

Brenda Coveno-Watson