11/14/06

Dear Honorable Judge Woodlock

My name is Rita Coveno, and I am a vary good friend of Sandra Saunders.

I was married to Sandra's brother that died and we have been friends ever since, Its been a good 45 years. We have worked. Together on lots of Jobs, Sandra is a wonderful person she is a great worker as well. Sandra is well respected in the community, She has helped Lots of family. She taught me that the elderly forgot more than we know (Smile)

I also work with the elderly & know for a fack Sandra is needed out here. There are many that could benifit from her wonderful gifts. She is gentle, kind, copassinate, understanding, and very respectful of her clients. She always wanted what was best, for them with out them losing their independence, thier dignity.

She has always been a good Mother, a good person, a good friend. Always been a responsible worker. It's hard to believe she is involved in this mess, none of this makes sense.

I don't remember her ever getting
a speeding Ticket or going thru a
stop sign. Yes she did have A
proble 19 years ago — — — —
Thats a long Time Ago. Putting her
away like This is so wrong.
She couldn't be with her daughter
for her wedding. Her Daughter
doesn't feel well & could
certainly benifit from her Mother
being there for her.
Sandra has been locked up for 2years
If you want To punish her you
certainly have. Why can't she
come home on probation or go
home on a bracelet?
She is harmless, never hurt anyone.
I'm Just confused at the sentence
you want to give her
She is well loved & missed
Please consider A bracelet.

Thank you for your Time

Rita Coveno