November 20, 2006

Honorable Judge Douglas P. Woodlock
One Courthouse Way
Boston, MA 02210

Your Honor Sir:

My name is Tanya Young and I am writing on behalf of my Mother, Sandra Saunders. My Mother is currently awaiting sentencing at MCI Framingham. Her trial date is scheduled for December 11, 2006. I respectfully ask that you consider the bracelet program for my Mother, who is 61 years old.

Since my Mother has been incarcerated for almost two years, from December 20, 2004 to the present, she has missed out on many family milestones. Just to name a couple, my wedding and my fight with cancer.

I did not have my Mother there to help me pick out my wedding dress, or to give me encouragement and love during the stressful times planning the wedding. She was not there to enjoy my special day and it is something that she can never get back. It was very disappointing not having my Mother at my wedding. I know, for a fact, that having to miss my wedding was more punishment for my Mother than you could ever know.

Additionally, I was recently diagnosed with thyroid cancer and my Mother was not available to help me through the emotional hurt and physical struggle of the surgery and radioactive iodine treatment. It has truly broken my Mother's heart that she has not been able to be there for me during these times. Since her incarceration she is unable to be there the way a Mother should be when her children need her, especially her youngest child.

My Mother is a very hard working woman. My Mom raised 4 children on her own of which I am the youngest (33 years old). (My parents were divorced when I was very young because my father was an abusive alcoholic). My Mother is a very caring person and would literally give someone in need the shirt off her back. She has spent the past several years working as a home health aid for the elderly in Massachusetts. She has lived in her clients homes 5 days a week and then drove back to her home in Rumney, New Hampshire, on her days off. She has gone over and above her job description in many instances, helping families cope with the death of their loved ones. She would purchase groceries, cook, clean the house, drive the clients to do errands and to doctor appointments. She would help with yard work (raking leaves, mowing the lawn, planting flowers) as well as, minor maintenance (painting, wallpapering, and fixing faucets). Not only was she there physically for her clients and their families, but she was available

emotionally (always a listening ear and a shoulder to cry on). She went out of her way to make sure her clients were happy with their living situations. She wanted them to feel as comfortable as possible having a person living in their home to help them.

My Mother, Sandra Saunders, is a very compassionate person. She has been gifted by God in the area of hospitality. She has opened her heart and her home to family and friends in need. Whenever, an extended family member or friend needed a place to stay and/or a healthy meal, my Mother was available to provide a comfortable and safe place to stay, a wonderful home cooked meal, and lots of love.

After my Mother finished her last home health aid job, caring for my cousin's grandmother in 2002, she worked with my Stepfather, Leon Romprey. Lee had a business installing carpeting and other flooring to homes and businesses within Massachusetts and New Hampshire. Unfortunately, Lee did not have a driver's license and he needed someone to drive him places. Originally, Lee worked with a friend who drove him around but his friend left and my Mom was stuck driving Lee to work. For the past few years my Mother drove Lee around everywhere and it was beginning to get on her nerves and now look where she ended up, incarcerated.

To make a long story short, my Mother is a good person. She is not violent and she is not a danger to society. Given that she has already spent 2 years incarcerated and has missed out on much of her family members lives, I ask if there is any possible way she could serve her sentence outside of jail, whether it be home arrest or the bracelet program. I respectfully ask that you please have mercy upon my Mother when choosing her sentence.

Thank you so very much for your time and consideration.

God Bless,

*Tanya Young*
Tanya Young