UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    04-cr-10363 DPW

SANDRA SAUNDERS

**SANDRA SAUNDERS' OBJECTION TO THE GOVERNMENT'S
MOTION FOR FORFEITURE**

The defendant hereby submits her opposition of law and fact to the Government's Motion

for Forfeiture.

On September 18, 2006, after trial, the defendant Sandra Saunders was convicted by jury

of a conspiracy to distribute marijuana involving 100 kilograms or more.  The evidence at trial,

and the evidence set forth in the revised presentence report, indicates that Ms. Saunders' role in

the offense was limited to one transaction involving a fraction of the total marijuana involved in

the conspiracy.

The government seeks to have Sandra Saunders held jointly and severally liable with

Anthony Saunders for a forfeiture of assets in the amount of $6,203,568.00.  However, the

evidence in the matter demonstrates that Ms. Saunders' role in the offense never involved even a

fraction of that amount of assets.  Indeed, the evidence at trial was that she was the driver of a

van containing 180.4 kilograms of marijuana.  The defendant maintains that she did not profit

from the transactions, and should not have to forfeit assets in any amount.  However, should this

Court determine that a forfeiture is appropriate, the maximum amount for which Ms. Saunders

should be accountable should be the value of that marijuana, since even according the PSR her

role was limited to one transaction.

The government's motion for forfeiture should be limited to any money which would

have been foreseeable to Ms. Saunders pursuant to *United States v. Candelaria-Silva*, 433 F.3d 19, 44 (1st Cir. 1999). While she may be jointly and severally liable for that amount which she is liable for, she may only be jointly and severally liable for "so much of that amount as was foreseeable to [Ms. Saunders]." *United States v. Hurley*, 63 F.3d 1 (1st Cir. 1995). Therefore, the most that she should be accountable for under forfeiture theory would be 180.4 kilograms.

Wherefore, the defendant requests that this Court not hold Ms. Saunders jointly and severally liable with Mr. Saunders for the full amount of drugs in the conspiracy, and instead deny the forfeiture request of the government as to her, and limit any forfeiture to the vehicle she was driving.

By Her Attorney,

Dated: January 4, 2007

/s/ MELVIN NORRIS
MELVIN NORRIS
260 Boston Post Road, Suite 7
Wayland, MA 01778
(508) 358-3305
bbo # 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

        /s/ Melvin Norris
MELVIN NORRIS