UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10363-DPW |
| ) | |
| ) | |
| ANTHONY SAUNDERS ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-named matter.

                                              Respectfully submitted,
                                              Sandra Saunders
                                              By her attorney,

                                              /s/ Carmine P. Lepore
                                              Carmine P. Lepore
                                              Lepore & Hochman, P.A.
                                              One Sprague Street
                                              Revere, MA 02151
                                              (781)286-8800
                                              BBO# 564603

January 17, 2007