UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No.  04-10363-DPW |
| ) | |
| ) | |
| SANDRA SAUNDERS           ) | |

**MOTION TO CONTINUE THE SENTENCING DATE FOR DEFENDANT,
SANDRA SAUNDERS**

Now comes the defendant, Sandra Saunders, in the above-named case and respectfully moves this Honorable Court to continue his sentencing date.  The undersigned counsel needs to review the trial transcript in order to properly represent the defendant at sentencing.

The government has informed counsel that it takes no position on this motion and will therefore neither opposes nor assents to the filing.

                                           Respectfully submitted,
                                           Sandra Saunders
                                           By her attorney,

                                           /s/ Carmine P. Lepore
                                           Carmine P. Lepore
                                           Lepore & Hochman, P.A.
                                           One Sprague Street
                                           Revere, MA 02151
                                           (781)286-8800
                                           BBO# 564603

January 17, 2007