UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                  04-cr-10363 DPW

SANDRA SAUNDERS

## MELVIN NORRIS' MOTION TO WITHDRAW

Now comes Melvin Norris and moves this Honorable Court to permit him to withdraw as counsel for Sandra Saunders for the duration of this case.  As reason therefore, Attorney Norris states that Ms. Saunders has retained Carmine P. Lepore, Jr., 1 Sprague Street, Revere, Massachusetts as replacement counsel, and he has filed his appearance.

Respectfully Submitted,

Date:   January 19, 2007                /s/ Melvin Norris
                                        Melvin Norris
                                        260 Boston Post Road
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        BBO# 373900


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

         /s/ Melvin Norris
        MELVIN NORRIS