```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**      )
                                  )
      v.                          )
                                  )   No. 04-10363-DPW
**SANDRA SAUNDERS,**              )
                                  )
            Defendant.            )
                                  )

### GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

#### Sentence

The government respectfully requests a sentence of 120 months for Sandra Saunders. The government notes that this sentence represents the statutory minimum for Ms. Saunders, in light of her prior felony conviction. However, it also represents an appropriate Guideline sentence for Ms. Saunders' involvement.

Ms. Saunders has shown no remorse for her conduct. She was involved in picking up multiple loads of marijuana from the Billerica warehouse. See PSR at ¶ 21, ¶ 25, ¶ 26z. In addition to the approximately 180 kilograms that she took away from the Billerica warehouse on November 8, 2004, she took a similar amount (see ¶25) away on other occasions. She did this for her son Anthony, for whom she had previously been caught transporting more than 150 pounds of marijuana from Arizona. See PSR at ¶ 51, ¶ 26z. Nevertheless, she asserts in her sentencing memorandum that she was merely the driver for her husband, as if her husband

and son had conspired behind her back to deceive her into – repeatedly – driving their marijuana away.

An attribution of 700 to 1000 kilograms to Ms. Saunders, at criminal history category II, would result in a Guideline Sentencing Range of 108- 135 months.  The government submits that the statutory minimum sentence of 120 months, in the middle of that range, is appropriate for her conduct.  Accordingly, the government respectfully requests a sentence of 120 months for Sandra Saunders.

**Forfeiture**

Ms. Saunders asserts that the government's motion for forfeiture is deficient because the government has failed to show that it has been unable to locate the six million dollars in proceeds that it alleges were derived from the conduct of the conspiracy.  This argument is without merit.  Under Rule 32.2, the government is permitted to seek a money judgment for proceeds.  While the government may need to make an additional showing in order to seek forfeiture of specific assets in satisfaction of that judgment, the government is not currently seeking specific assets, and therefore that showing would be premature.  See United States v. Candelaria-Silva, 166 F.3d 19, 42 (1st Cir. 1999)

The evidence in this case showed that at least 7350 pounds (gross weight) of marijuana were sold by the Saunders' conspiracy for a net weight of 5586 pounds sold – excluding the 1500 pounds

that were seized on November 8, 2004, and excluding the approximately 1500 pounds of "bad" marijuana a portion of which was at one point returned to the Billerica warehouse. A cooperating witness testified that the price per pound ranged from $1300 to $1500. Therefore, under Federal Rule of Criminal Procedure 32.2, the government has established that it is entitled to a judgment of not less than $7.2 million[1] dollars.

                                  Respectfully Submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                        By:   /s/ Nancy Rue
                             NANCY RUE
                             Assistant U.S. Attorney

Date: March 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ Nancy Rue
                              Nancy Rue
Date:  March 12, 2007       Assistant United States Attorney

---

[1] The government moved conservatively for a judgment of approximately $6.2 million, without benefit of the trial transcript that provided testimony regarding the weights and prices.