UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANTHONY SAUNDERS,<br>SANDRA SAUNDERS,<br>    Defendants. | )<br>)<br>)<br>) Criminal No. 04-10363-DPW<br>)<br>)<br>)<br>) |

## ORDER OF FORFEITURE

**WOODLOCK, D.J.**

WHEREAS, on July 6, 2006, a federal grand jury sitting in the District of Massachusetts returned a three count Second Superseding Indictment charging Defendants Anthony Saunders, a/k/a Anthony Lucente, a/k/a "Big T" and Sandra Saunders, a/k/a Sandra Lucente, a/k/a Sandra Romprey (collectively the "Defendants"), with the following violations: Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. § 846 (Count One), and Possession of Marijuana With Intent to Distribute and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2 (Count Two)[1];

WHEREAS, the Forfeiture Allegation of the Second Superseding Indictment sought the forfeiture of any and all property constituting, or derived from, any proceeds the Defendants obtained, directly or indirectly, as a result of such offenses;

WHEREAS, on September 18, 2006, after a nine-day trial, a

---

[1] Anthony and Sandra Saunders were not charged in Count Three of the Second Superseding Indictment.

jury found the Defendants guilty of the conspiracy offense alleged in Count One of the Second Superseding Indictment, and determined that the conspiracy for which Anthony Saunders was found guilty involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana;

   WHEREAS, also on September 18, 2006, a jury found Sandra Saunders guilty of the conspiracy offense alleged in Count One of the Second Superseding Indictment, and determined that the conspiracy involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana;

   WHEREAS, before trial, the Defendants elected to have the Court determine forfeiture in this action;

   WHEREAS, during trial, the government presented evidence establishing that the proceeds traceable to Count One of the Second Superseding Indictment were not less than $6,203,568 in United States currency;

   WHEREAS, the United States has filed a Motion for Order of Forfeiture which would consist of a personal money judgment against the Defendants in the amount of $6,203,568 in United States Currency, for which they are jointly and severally liable; and

   WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The Defendants shall forfeit to the United States the sum of $6,203,568 in United States currency, pursuant to 21 U.S.C. § 853.

2. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. Upon identification of property to satisfy the money judgment, the United States may move <u>ex parte</u> for an Order to restrain or seize the property subject to further proceedings under this paragraph. Upon issuance of such an ex parte order, the United States shall act promptly to secure the property and shall then promptly move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order to include such property (or the portion of it having a value not to exceed the amount set forth in Paragraph 1) to satisfy the money judgment in whole or in part.

DONE AND ORDERED in Boston, Massachusetts, this 15th day of March, 2007.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
United States District Judge