UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              04-cr-10363 DPW

SANDRA SAUNDERS

## NOTICE OF APPEAL

The defendant, Sandra Saunders, hereby gives notice, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, of her appeal of the decisions, pre-trial rulings, rulings during trial, directions and judgments of the Court, including the final judgment and orders entered on March 13, 2007

Respectfully Submitted
Sandra Saunders
By counsel,

/s/ Carmine P. Lepore
Carmine P. Lepore
Lepore & Hochman
One Sprague Street
Revere, MA 02151
(781) 286-8800
BBO# 564603

Date: March 20, 2007

## CERTIFICATE OF SERVICE

I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system on March 20, 2007.

/s/ Carmine P. Lepore