UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10363

United States of America

v.

Sandra Saunders

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

369

and contained in NOA #369 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/20/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 3, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/9/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1704

- 3/06